IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| RICHARD DERER, on behalf of himself and similarly situated employees, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | FILED ELECTRONICALLY |
| v. | : | |
| | : | CLASS ACTION |
| J.B. POINDEXTER & CO., INC. and | : | |
| MORGAN TRUCK BODY, LLC, | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## COMPLAINT - CLASS ACTION

Richard Derer ("Plaintiff") brings this lawsuit against J.B. Poindexter & Co., Inc. ("J.B. Poindexter") and Morgan Truck Body, LLC ("Morgan Truck") (collectively "Defendants"), seeking all available relief under the Pennsylvania Minimum Wage Act ("PMWA"), 43 P.S. §§ 333.101, *et seq*., the Pennsylvania doctrine of unjust enrichment, and the Family Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. §§ 2601, *et seq.*[1]  Plaintiff's PMWA and unjust enrichment claims are asserted as a class action under Federal Rule of Civil Procedure 23.

## JURISDICTION AND VENUE

1.      Jurisdiction over the FMLA claim is proper under 28 U.S.C. § 1331.

2.      This Court has diversity jurisdiction over the PMWA and unjust enrichment claims pursuant to 28 U.S.C. § 1332(a)(1).  In addition, the Court has supplemental jurisdiction over those claims pursuant to 28 U.S.C. § 1367(a).

---

[1] Plaintiff filed administrative claims with the U.S. Equal Employment Opportunity Commission and the Pennsylvania Human Relations Commission asserting claims against Defendant under the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101, *et seq.* and the Pennsylvania Human Relations Act ("PHRA"), 43 P.S. §§ 951, *et seq.*  Once those claims are administratively exhausted, Plaintiff may seek leave to amend his complaint to add claims under the ADA and PHRA.

3.    Venue in this Court is proper under 28 U.S.C. § 1391.

**PARTIES**

4.    Plaintiff resides in Reading, PA (Berks County) and intends to remain there indefinitely.

5.    J.B. Poindexter is a Delaware corporation with its principal place of business at 600 Travis Street, Suite 400, Houston, TX 77002.

6.    J.B. Poindexter is the parent company of Morgan Truck[2] and provides "comprehensive trucking and supply chain solutions" through its "business units," which include Morgan Truck.[3]  J.B. Poindexter "employ[s] 8,500 team members globally with manufacturing operations in North America."[4]

7.    Morgan Truck Body, LLC ("Morgan Truck") is a limited liability company whose sole member is J.B. Poindexter.[5]  Because an LLC assumes the citizenship of its member for purposes of diversity jurisdiction, Morgan Truck is a citizen of Delaware and Texas for purposes of diversity jurisdiction.  *See Zambelli Fireworks Manufacturing Co. v. Wood*, 592 F.3d 412, 420 (3d Cir. 2010) ("the citizenship of an LLC is determined by the citizenship of its members.").

8.    Morgan Truck manufactures truck and van bodies throughout North America.[6]  It owns and operates a large manufacturing facility at or around 111 Morgan Way, Morgantown, PA 19543 ("the Morgantown complex").

9.    Plaintiff is an employee covered by the PMWA and FMLA.

---

[2]  *See* Case 4:26-cv-000666-WMR (N.D. Ga.) at Doc. 16.
[3]  *See* *https://www.morgancorp.com/jb-poindexter-company/* (last visited on July 21, 2026)
[4]  *See* *https://www.jbpoindexter.com/* (last visited on July 21, 2026).
[5]  *See* Case 5:21-cv-01873-JWH-SHK (C.D. Cal.) at Doc. 3.
[6]  *See* *https://www.morgancorp.com/morgan-truck-body-company-history/* (last visited July 21, 2026).

10.    Defendants are employers covered by the PMWA and FMLA.

## FACTS

### *Facts pertaining to PMWA and Unjust Enrichment claims*

11.    Defendants jointly employ individuals who work at the Morgantown complex and are paid an hourly wage.  Such individuals are referred to as "class members" if they worked at the Morgantown complex during any time since July 21, 2020.  *See* ¶ 25, *infra*.  Moreover, the time period after July 21, 2020 is referred to as the "class period."

12.    J.B. Poindexter promulgates company-wide employment policies governing the employment of Plaintiff and other employees at the Morgantown complex.  In particular, class members at the Morgantown complex are provided a "**JB Poindexter & Co National Team Member Handbook**."  Attached as Exhibit A.  The Team Member Handbook prominently bears the JB Poindexter & Co. name on its cover and states on page 1 that it "contains information about the employment policies and practices of J.B. Poindexter & Co, Inc."  *Id.*  Moreover, the Team Member Handbook defines the term "Company," as used throughout the Team Member Handbook, to mean J.B. Poindexter & Co., Inc.  *See id.* at p. 1.

13.    The Team Member Handbook contains numerous policies governing Defendants' pay practices, including, for example, policies concerning work schedules, meal breaks, timekeeping, and overtime pay.  *See id.* at pp. 22-29.

14.    Defendants jointly employed Plaintiff at the Morgantown complex and paid him an hourly wage during the class period.

15.    Plaintiff, like other class members, often worked over 40 hours per week.

16.    During each workday, Defendants generally start paying Plaintiff and other class members based on scheduled start-times applicable to the class member's job assignment.

Moreover, Plaintiff and other class members are required to be at their job assignment location and ready to start working at the scheduled start time.[7] For example, Plaintiff was assigned to the Maintenance department. As such, Plaintiff was required to be at his assigned location within the Maintenance department at his scheduled start-time.

17.    Plaintiff and other class members are required to complete various activities at the Morgantown complex *prior to* the scheduled start-time. Such activities include, for example: badging-in at complex entrances; walking from the entrances to lockers/changing area; gathering tools, gear, and/or protective equipment; waiting to "clock-in" at timeclocks;[8] and walking to job assignment locations. Because these activities generally arise prior to the scheduled start time, Plaintiff and other class members do not receive any wages for the time associated with such activities.

18.    Plaintiff does not currently know how Defendants determine when he and other class members stop getting paid. However, Plaintiff is certain that class members stop getting paid *before* they reach the complex exit. *If* class members stop getting paid when they are excused from their job assignment locations, then they are not paid for required activities such as, for example:  walking to lockers/changing area; doffing and storing work-related tools, gear, and/or protective equipment; and walking to timeclocks and complex exits. *If* class members stop getting paid at a scheduled end-time, then they are not paid for any such required activities arising after the scheduled end-time. *If* class members stop getting paid based on non-rounded

---

[7] *See, e.g.*, Team Member Handbook (Ex. A) at p. 25 ("All team members are expected to be at their desk or designated work area at the start of their scheduled shift, ready to perform their work.").

[8]  Upon information and belief, the clock-in times do not materially impact Defendants' practice of paying class members based on scheduled start times because such clock-in times are either irrelevant or rounded upwards to the scheduled start-time.

clock-out times, then they are not paid for any such required activities arising after the actual clock-out time.  Finally, *if* class members stop getting paid based on rounded clock-out times, then they are not paid for any such required activities arising after the rounded clock-out times.

### *Facts pertaining to FMLA claim*

19.     Defendants' Team Member Handbook also sets forth Defendants' detailed FMLA policies governing employees' rights and responsibilities under the FMLA.  *See* Team Member Handbook (Ex. A) at pp. 33-40.

20.     Plaintiff previously served in the military during the Iraq War from approximately 2003 until 2008.  As a result of his military service, Plaintiff was diagnosed with Post-Traumatic Stress Disorder ("PTSD").

21.     During Plaintiff's employment with Defendants, Plaintiff's supervisor harassed and made threats to Plaintiff that aggravated his PTSD and caused Plaintiff's need for protected leave under the FMLA.

22.     Because of his supervisor's actions, Plaintiff requested FMLA leave from Defendants on approximately July 22, 2024 to address symptoms related to his PTSD.

23.     However, after Plaintiff requested FMLA leave, Defendants interfered with Plaintiff's exercise of his FMLA rights and retaliated against him for requesting and taking FMLA leave.  Such interference and retaliation included, for example, the following:

- Plaintiff's supervisor told Defendants' Human Resources representative on several occasions to rescind Plaintiff's FMLA leave because Plaintiff "doesn't need it."

- Defendants assessed attendance points against Plaintiff for absences covered by the FMLA.

- Plaintiff's supervisor told Defendants' Human Resources representative that Plaintiff's employment should be terminated based on absences that were protected by the FMLA.

- Plaintiff's supervisor repeatedly threatened to terminate Plaintiff's employment based on

attendance points, some of which were assessed for absences protected by the FMLA.

- Plaintiff's supervisor made multiple comments to Plaintiff on a weekly basis criticizing his use of FMLA leave.  Such comments included, for example:  "I don't care about your FMLA, if you don't do what I tell you, you're going to be fired" or "if you don't do exactly what I tell you, I'm going to walk you out of here.  I don't care about your FMLA."

- Plaintiff's supervisor's harassment and threats toward Plaintiff increased in frequency after he began taking FMLA leave.

- Plaintiff's supervisor placed a camera on Defendants' premises that was directed on Plaintiff.

24.    Ultimately, in approximately April 2025, Defendants terminated Plaintiff's employment in retaliation for Plaintiff's exercise of his FMLA rights.  Defendants based the termination on conduct that did not justify termination and for which other similarly situated employees were not terminated.

## CLASS ACTION ALLEGATIONS

25.    Plaintiff brings his PMWA and unjust enrichment claims as a class action pursuant to Federal Rule of Civil Procedure 23.  He sues on behalf of all individuals employed by Defendants at the Morgantown complex and paid an hourly wage during any time since July 21, 2020.  *See Commonwealth Dept. of Labor & Industry v. Accuserve Pharmacy, Inc.*, 2014 Pa. Dist. & Cnty. Dec. LEXIS 1366 (Pa. Ct. Com. Pl., Westmoreland Cty. June 27, 2024) (Smail, J.) (six-year limitations period applies to PMWA claims).[9]

26.    Class action treatment of Plaintiff's PMWA claim is appropriate because, as

---

[9]  Judge Smail's opinion holding that a six-year limitations period applies to PMWA claims conflicts with several federal district court opinions endorsing a three-year limitations period. *See, e.g.*, *Garcia v. Vertical Screen, Inc.*, 580 F. Supp. 3d 79, 91 n.7 (E.D. Pa. 2022).  Judge Smail's opinion has been appealed to the Commonwealth Court and is docketed at 1280 CD 2024.  Plaintiff, of course, is open to adjusting the pled class period as necessary based upon the Commonwealth Court's future ruling in the *Accuserve Pharmacy* appeal.

6

alleged below, all of Federal Rule of Civil Procedure 23's class action requisites are satisfied.

27.     The class is readily ascertainable based on Defendants' business records and is so numerous that joinder of all class members is impracticable.

28.     Plaintiff is a class member, his claims are typical of the claims of other class members, and he has no interests that are antagonistic to or in conflict with the interests of other class members.

29.     Plaintiff and his lawyers will fairly and adequately represent the class members and their interests.

30.     Questions of law and fact are common to all class members, because, *inter alia,* this action concerns Defendants' common compensation policies, as described herein.  The legality of these policies will be determined through the application of generally applicable legal principles to common facts.

31.     Class certification is appropriate under Federal Rule of Civil Procedure 23(b)(3) because common questions of law and fact predominate over questions affecting only individual class members and because a class action is superior to other available methods for the fair and efficient adjudication of this litigation.

<b><u>COUNT I – PMWA</u></b>

32.     All previous paragraphs are incorporated as though fully set forth herein.

33.     Defendants are employers covered by the PMWA's mandates.

34.     Plaintiff and the class members are employees entitled to the PMWA's protections.

35.     The PMWA entitles employees to compensation for "all hours worked" in a workweek.  *See* 43 P.S. § 333.104(a).  Such compensable time includes, *inter alia*, all "time

7

during which an employee is required by the employer to be on the premises of the employer," *id.*, and must be paid "regardless of whether the employee is actually performing job-related duties while on the premises," *Heimbach v. Amazon.com, Inc.*, 255 A.3d 191, 204 (Pa. 2021). As such, time associated with the mandatory pre-shift and post-shift activities referenced at paragraphs 17-18 is compensable under the PMWA. *See*, *e.g.*, *Davis v. Target Corp.*, 767 F. Supp. 3d 185 (E.D. Pa. 2025) (granting summary judgment in favor of warehouse workers seeking PMWA wages for time associated with walking to and from job assignments at beginning and end of workday).

36. The PMWA also requires that employees receive overtime compensation "not less than one and one-half times" the employee's regular rate of pay for all hours worked over 40 per week. *See* 43 P.S. § 333.104(c).

37. Defendants violated the PMWA by failing to pay Plaintiff and other class members overtime wages for time associated with the pre-shift and post-shift activities referenced at paragraphs 17-18.

### COUNT II – UNJUST ENRICHMENT

38. All previous paragraphs are incorporated as though fully set forth herein.

39. Under Pennsylvania common law, a claim for unjust enrichment is established where economic benefits have been conferred upon and appreciated by the defendant "under such circumstances that it would be inequitable for defendant to retain the benefit without payment of value." *Meyer, Darragh, Buckler, Bebenek & Eck, P.L.L.C. v. Law Firm of Malone Middleman, PC*, 179 A.3d 1093, 1102 (Pa. 2018).

40. By engaging in the mandatory pre-shift and post-shift activities referenced at paragraphs 17-18 without compensation, Plaintiff and other class members have conferred an

economic benefit upon Defendants.  Moreover, Defendants, having avoided the payment of wages for such activities, has appreciated such economic benefit.

41.     Where, as here, Plaintiff and other class members have been denied wages for "all hours worked" in violation of the PMWA's statutory mandate as interpreted by the Supreme Court in *Heimbach*, *supra*, it is inequitable and unjust for Defendants to retain the benefits of such labor without paying any wages.  *See*, *e.g.*, *Connelly v. Amazon.com Services, LLC*, 2025 U.S. Dist. LEXIS 38050, *49-51 (E.D. Pa. Mar. 4, 2025) (unjust enrichment claim predicated on employer's statutory failure to pay for all "hours worked" under PMWA); *Lugo v. Farmers Pride, Inc.*, 967 A.2d 963, 969-70 (Pa. Super. 2009) (same).

## COUNT III – FMLA INTERFERENCE

42.     All previous paragraphs are incorporated as though fully set forth herein.

43.     Plaintiff was an employee entitled to the FMLA's protections.

44.     Defendants are employers covered by the FMLA.

45.     An employee may succeed on an FMLA interference claim by showing that he "was entitled to benefits under the FMLA that his employer *discouraged or* prohibited him from using." *Rodriquez v. Southeastern Pennsylvania Transportation Authority*, 119 F.4th 296, 298 (3d Cir. 2024) (emphasis supplied); *Conoshenti v. Pub. Serv. Electric & Gas Co.*, 364 F.3d 135, 142 (3d Cir. 2004) (noting that Department of Labor regulations provide that "interfering with the exercise of an employee's rights would, include" for example  "discouraging an employee from using such leave.").[10]

46.     Plaintiff was entitled to FMLA leave.

---

[10] *Accord Woods v. Astrazeneca Pharmaceuticals, L.P.*, 659 F. Supp. 3d 512, 539 (M.D. Pa. 2023); *Grosso v. Fed. Express Corp.*, 467 F. Supp. 2d 449, 465 (E.D. Pa. 2006).

9

47.     As described in paragraph 23, Defendants unlawfully interfered with Plaintiff's exercise of FMLA rights by, among other things, discouraging, criticizing, and attempting to prevent Plaintiff from exercising his right to protected leave under the FMLA.

## COUNT IV – FMLA RETALIATION

48.     All previous paragraphs are incorporated as though fully set forth herein.

49.     The FMLA prohibits an employer from "discriminating or retaliating against an employee or prospective employee for having exercised or attempted to exercise FMLA rights." 29 C.F.R. § 825.220(c); *see also Budhun v. Reading Hospital & Medical Center*, 765 F.3d 245, 251 (3d Cir. 2014) ("An employer faces liability under the [FMLA] and its implementing regulations if it . . . retaliates against an employee for invoking the Act's protections.").

50.     As described in paragraphs 23-24, Defendants retaliated against Plaintiff and ultimately terminated his employment because Plaintiff exercised his rights under the FMLA.

51.     Defendants' termination of Plaintiff's employment was in reckless disregard of the FMLA's legal mandates.

## JURY DEMAND

Plaintiff demands a jury trial.

## PRAYER FOR RELIEF

Plaintiff seeks the following relief:

A.     Unpaid regular and overtime wages on behalf of himself and the class under the PMWA and doctrine of unjust enrichment;

B.     Prejudgment interest on behalf of himself and the class under the PMWA and doctrine of unjust enrichment;

C.     Recovery of lost wages, fringe benefits, and out-of-pocket expenditures for

10

himself under the FMLA;

D.     Recovery of lost future wages, fringe benefits, and out-of-pocket expenditures for himself under the FMLA;

E.     Prejudgment interest for himself under the FMLA;

F.     Liquidated damages for himself under the FMLA;

G.     Litigation costs, expenses, and attorneys' fees to the fullest extent permitted under the law; and

H.     Such other and further relief as the Court deems just and proper.

Date:  July 21, 2026

Respectfully,

Mark J. Gottesfeld

Mark J. Gottesfeld
Deirdre Aaron
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491
mgottesfeld@winebrakelaw.com
daaron@winebrakelaw.com

# Exhibit A

# JB POINDEXTER & CO

## NATIONAL TEAM MEMBER HANDBOOK

TABLE OF CONTENTS

PAGE

PURPOSE OF TEAM MEMBER HANDBOOK ................................................................ 1

EMPLOYMENT AT-WILL ............................................................................................... 1

GENERAL INFORMATION ............................................................................................ 2

    Welcome ................................................................................................................. 2

    About Our Company .............................................................................................. 2

    Mission Statement ................................................................................................. 3

    Corporate Values ................................................................................................... 3

COMMITMENT TO DIVERSITY ..................................................................................... 4

    Equal Employment Opportunity ............................................................................ 4

        Complaint Procedure ...................................................................................... 4

    Sexual and Other Unlawful Harassment ............................................................... 5

        Sexual Harassment Defined ........................................................................... 5

        Other Types of Harassment ............................................................................ 6

        Complaint Procedure ...................................................................................... 6

        Manager's Responsibility ................................................................................ 7

        Protection Against Retaliation ......................................................................... 8

        Good Faith ...................................................................................................... 8

        Support for Individuals Impacted by Harassment or Retaliation ..................... 8

    Disability and Accommodation .............................................................................. 8

    Religious Accommodation ..................................................................................... 9

GENERAL EMPLOYMENT PRACTICES ....................................................................... 10

    Team Member Classifications ................................................................................ 10

        Exempt Team Members ................................................................................... 10

i

Nonexempt Team Members ................................................................ 10

Full-Time Team Members ................................................................. 10

Part-Time Team Members ................................................................. 10

Temporary Team Members ............................................................... 10

Team Member Eligibility and Work Authorization ................................. 11

Romantic and Family Relationships at Work ...................................... 11

Background Checks ........................................................................ 12

Personnel Files ............................................................................. 12

Personal Data Changes .................................................................. 12

Voluntary Open-Door Policy ............................................................ 13

WORKPLACE CONDUCT ..................................................................... 13

Standards of Conduct .................................................................... 13

Reporting and Anti-Retaliation Policy ............................................... 15

We Encourage a Speak Up Culture ................................................... 15

Follow the Company's Commitment to our Code of Conduct and
the Law .................................................................................. 15

Raise Good Faith Questions and Concerns About Conduct that
may Violate our Code of Conduct ................................................ 15

The Company Does Not Tolerate Retaliation ...................................... 16

How to Raise Questions and Concerns .............................................. 17

What the Company Will Do .............................................................. 18

Adherence to This Policy ................................................................ 18

Confidential Company Information .................................................... 18

Personal Appearance .................................................................... 19

Religious, Medical and Disability Accommodations ............................. 20

ii

Attendance and Punctuality ................................................................ 20

Personal Devices ............................................................................... 22

Personal Calls .................................................................................... 22

Contact with the Media ...................................................................... 22

Conflicts of Interest ........................................................................... 22

Outside Employment ......................................................................... 23

PAY PRACTICES .................................................................................... 24

Performance Reviews ........................................................................ 24

Payment of Wages ............................................................................ 24

Paycheck Deductions ................................................................ 24

Reporting Errors and Obtaining More Information ...................... 24

Work Schedules ................................................................................ 25

Meal and Rest Breaks ....................................................................... 25

Lactation Accommodation ................................................................. 26

Timekeeping ...................................................................................... 26

Nonexempt Team Members ........................................................ 26

Exempt Team Members .............................................................. 27

Overtime ............................................................................................ 28

On-Call Pay ....................................................................................... 28

Business Travel and Reimbursement ................................................ 29

TIME OFF AND LEAVES OF ABSENCE .................................................. 30

Time Off and Leaves of Absence ...................................................... 30

Holidays ............................................................................................. 30

Floating Holidays ............................................................................... 31

Vacation or Paid Time Off .................................................................. 31

Sick Leave........................................................................................ 32

Personal Leave.................................................................................. 33

Medical Leave of Absence ................................................................. 33

Family and Medical Leave................................................................. 33

    Team Member Eligibility.............................................................. 33

    Reasons for Leave....................................................................... 34

    Definitions.................................................................................... 34

    Length of Leave .......................................................................... 35

    Intermittent or Reduced Schedule Leave.................................... 36

    Notice and Certification............................................................... 36

    Recertification After Grant of Leave............................................ 37

    Military Emergency Leave Requirements .................................... 38

    Failure to Provide Certification and to Return from Leave ......... 38

    Compensation During Leave ....................................................... 38

    Benefits During Leave................................................................. 38

    Job Reinstatement....................................................................... 39

    Confidentiality ............................................................................. 39

    Fraudulent Use of FMLA Prohibited............................................ 39

    Nondiscrimination ....................................................................... 39

    Additional Information Regarding FMLA ...................................... 40

    State Law..................................................................................... 40

Military Leave ................................................................................... 40

    Eligibility for Leave...................................................................... 40

Notice of Leave ................................................................. 41

Compensation and Benefits During Leave ................... 41

Reinstatement .................................................................. 41

Jury and Witness Duty Leave ............................................ 42

Time Off to Vote ................................................................. 42

Bereavement Leave ........................................................... 42

Other Leaves of Absence .................................................. 43

WORKPLACE SAFETY AND SECURITY ............................... 43

Workplace Violence ........................................................... 43

Weapons in the Workplace ................................................ 45

Workplace Bullying ............................................................ 45

Reporting and Response .............................................. 46

Anti-Retaliation ............................................................. 46

Work-Related Injuries or Near-Miss Incidents ................. 46

Tobacco-Free Workplace ................................................... 46

Emergency Evacuation ...................................................... 47

Drug-Free Workplace ......................................................... 47

Drug Use/Distribution/Possession/Impairment ............ 47

Alcohol Use/Distribution/Possession/Impairment ........ 48

Prescription and Over-the-Counter Drugs .................... 48

Counseling and Rehabilitation ...................................... 48

Company's Right to Search ............................................... 49

Cameras and Video Surveillance ..................................... 50

Visitors ................................................................................ 50

Use of Company Equipment and Resources ........................................................... 51

    Company Equipment ....................................................................................... 51

    Company Resources ....................................................................................... 51

Acceptable Use and Electronic Communication Policy ....................................... 51

    Purpose .......................................................................................................... 51

    General ........................................................................................................... 52

    Email/Communications .................................................................................. 52

    External Email and Participation in Online Forums or Social Media
        Sites ........................................................................................................... 53

    Electronic Calendars and Voicemail ............................................................ 54

    Software Licenses ........................................................................................... 54

    Standard Configuration .................................................................................. 54

    Physical Security ............................................................................................ 54

    Data Security .................................................................................................. 55

    Privacy ............................................................................................................ 55

    Encryption ...................................................................................................... 56

    File Storage .................................................................................................... 56

    Personal Use ................................................................................................... 57

    Contract and Freelance Staff ......................................................................... 58

    Games ............................................................................................................. 58

    Viruses/Spyware ............................................................................................ 58

    Policy Violations ............................................................................................ 58

Driving for Company Business .............................................................................. 58

Cell Phone Use/Texting While Driving ................................................................. 59

Inclement Weather/Facility Closing ...................................................................... 60

No Solicitation/Distribution of Literature.................................................................60

TEAM MEMBER BENEFITS ...........................................................................................61

    Benefits Overview.........................................................................................................61

    Medical, Dental and Vision Insurance .......................................................................62

    Same-Sex Marriages, Civil Unions & Domestic Partnerships............................62

    Workers' Compensation ...............................................................................................62

        Reporting Work-Related Injury or Illness .................................................62

        Leaves of Absence/Accommodation.........................................................62

        Return to Work.............................................................................................63

        Fraud 63

    Team Member Assistance Program ............................................................................63

    Team Member Referral Program.................................................................................63

        Practice.........................................................................................................63

        Referral Bonus Payments ..........................................................................63

    Educational Assistance Programs ..............................................................................64

LEAVING THE COMPANY ..............................................................................................65

    Separation from Employment .....................................................................................65

        Voluntary Termination.................................................................................65

        Involuntary Termination ..............................................................................65

        Pay and Benefits Upon Termination .........................................................66

    Return of Company Property.......................................................................................66

    Official References/Verifications of Employment......................................................66

    Exit Interviews ..............................................................................................................66

ACKNOWLEDGEMENT AND RECEIPT.........................................................................67

EMPLOYEE RIGHTS UNDER THE FAMILY AND MEDICAL LEAVE ACT .................. 69

# PURPOSE OF TEAM MEMBER HANDBOOK

This Team Member Handbook contains information about the employment policies and practices of J.B. Poindexter & Co, Inc. (Company). These policies reflect the Company's values, and we expect each team member to read this Team Member Handbook carefully as it is a valuable reference for understanding your job and Company.

This Team Member Handbook supersedes all previously issued team member Handbooks. Except for the policy of at-will employment, the Company reserves the right to revise, delete, and add to the provisions of this Team Member Handbook. All such revisions, deletions, or additions must be in writing. No oral statements or representations can change the provisions of this Team Member Handbook.

This Team Member Handbook does not constitute an express or implied contract guaranteeing continued employment for any team member. No manager or supervisor has any authority to enter into a contract of employment express or implied that changes or alters the fact that employment with the Company is at-will. Only the President of the Company or that person's authorized representative has the authority to enter into an employment agreement that alters the fact that employment with the Company is at-will, and any such agreement must be in writing signed by the President of the Company or an authorized representative.

All of the Company's policies and procedures are not set forth in this Team Member Handbook. We have summarized only some of the more important ones. If a team member has any questions or concerns about this Team Member Handbook or any other policy or procedure, please ask your supervisor, your Human Resources representative, or another member of management.

Nothing in this Handbook or in any other document or policy is intended to violate any local, state or federal law. Furthermore, nothing in this Handbook prohibits a team member from reporting concerns to, filing a charge or complaint with, making lawful disclosures to, providing documents or other information to or participating in an investigation or hearing conducted by the Equal Employment Opportunity Commission ("EEOC"), National Labor Relations Board ("NLRB"), Securities and Exchange Commission ("SEC") or any other federal, state or local agency charged with the enforcement of any laws.

This Handbook may apply to team members working in a state with greater or different rights. Team members will receive a state-specific supplement to the Team Member Handbook that provides information and policies applicable to team members working in that state. The Company complies with applicable state and local laws.

# EMPLOYMENT AT-WILL

Employment with the Company is at-will, unless state law provides otherwise. This means that employment may be terminated for any or no reason, with or without cause or notice at any time by the team member or by the Company. Nothing in this Handbook or any

1

If a team member suspects or becomes aware of any unusual situation, they should immediately notify the closest manager or Human Resources.

## Use of Company Equipment and Resources

### Company Equipment

When using company vehicles or other property, team members are expected to exercise care, maintain the property in safe working order, and follow all operating instructions, safety standards and guidelines.

Team members should notify their supervisors if any equipment, machines, tools, or vehicles appear to be damaged, defective or in need of repair. Prompt reporting of damages, defects, and the need for repairs could prevent deterioration of equipment and possible injury to team members or others. team members who have questions about their responsibility for maintenance and care of equipment or vehicles used on the job should consult their supervisor.

All team members are expected to comply with all local, state, and federal laws while operating company vehicles and other equipment. The Company may discipline team members who engage in unlawful conduct.

### Company Resources

The Company has significantly invested in telephone lines, fax machines, photocopiers and other types of business equipment, internet access and software that are vital to keeping our operations flowing smoothly and effectively. The Company's resources are limited and, except as provided in the Electronic Resources policy in this handbook, should be used for business transactions only and not for personal use, unless explicitly authorized by a supervisor.

## Acceptable Use and Electronic Communication Policy

### Purpose

The purpose of this policy is to ensure that team members understand the guidelines governing computer use: Internet access, email, other electronic communications, software licensing, security, and personal use, in particular.

This policy cannot lay down rules to cover every possible situation. Instead, it is designed to express the Company's philosophy and set out the general principles that team members should apply when using company computers and technology. These policies apply to all team members of Company and its affiliates who use company computers or access the internet through the company network.

HR and/or IT Departments will decide issues not directly addressed in this policy or in some other written form and/or should the need(s) and situation(s) arise.

51

oral statement shall limit the right to terminate at-will. This at-will employment policy is the sole and entire agreement between the team member and the Company regarding the fact that employment with the Company is at-will. No manager or supervisor has any authority to enter into a contract of employment express or implied that changes the fact that employment with the Company is at-will. Only the President of the Company or that person's authorized representative has the authority to enter into an employment agreement that alters the fact that employment with the Company is at-will, and any such agreement must be in writing signed by the President of the Company or an authorized representative.

# GENERAL INFORMATION

## Welcome

Welcome to the Company. One of the keys to our success is hiring good team members. We have hired you because we believe you have the skills and the potential to help our Company succeed. We expect team members to perform the tasks assigned to them to the best of their abilities. We believe that hard work and commitment will not only benefit the Company but will help give our team members a sense of pride and accomplishment.

We are glad to have you as a member of our team. We hope that your employment proves mutually satisfying. Every team member has an important role in our operations, and we value the abilities, experience and background that they bring with them. It is our team members who provide the services that our customers rely upon and enable us to grow and create new opportunities in the years to come.

Our management team intends to provide team members with the support and the resources they will need to perform their job effectively. If, at any time, a team member needs assistance or guidance, the team member should not hesitate to ask any member of the management team.

Once again, welcome to the Company; we are glad to have you with us.

## About Our Company

KD/P Equities was formed in New York City in 1983 as a partnership between Kellner, DiLeo & Co. (the KD), a highly respected merger arbitrage firm, and John B. Poindexter (Managing Partner).

Kellner, DiLeo & Co. sought to leverage its trading and financial capabilities to invest in a portfolio of wholly-owned businesses that offered good capital gains prospects. They chose to partner with Mr. Poindexter in order to capitalize on his experience at Smith, Barney, Harris Upham & Co., Salomon Brothers and other investment firms.

By the mid-1980s, the investment strategy of the KD/P team evolved from acquiring and reselling businesses for capital gains to buying and operating businesses for long-term

growth. To accommodate this new strategy, the management team formed J.B. Poindexter & Co., LP.

As the investment strategy changed, the partners of J.B. Poindexter & Co., LP assumed a more active role with its portfolio of business units. The company followed the principle of empowering incumbent management teams, while concentrating on corporate strategy, financial performance, budgeting and capital expenditure discipline. As the partnership grew, the company developed and offered corporate services to support its business units.

Gradually the orientation of the partners shifted from capital gains to long-term value. In stages, the company's headquarters was relocated from New York City to Houston, TX. In 1994, the company was converted from a partnership to a corporation, J.B. Poindexter & Co., Inc.

Today, J.B. Poindexter & Co., Inc. employs over 7,000 team members in over 56 facilities across North America. Since attaining its strategic goals to achieve long-term value creation, the company has established its business units as leaders in their respective markets with excellent operational and financial performance.

We are guided by our mission statement and corporate values:

## Mission Statement

J.B. Poindexter & Co., Inc. provides superior value and service to customers and offers professional and financial growth to team members. Success is derived from fostering a dynamic and entrepreneurial working environment that rewards excellence.

## Corporate Values

**Integrity** – Acting ethically and straightforwardly.

**Communication** – Ensuring alignment and cohesion through effective sharing of information.

**Accountability** – Accepting responsibility for our decisions and conduct.

**People** – Employing dignity and respect in all interactions.

**Innovative** – Developing new products and services that are valued by our customers.

The Company has always emphasized that outstanding people are the key to our success. Our strength and future growth depend on the contributions made by you and each person within our organization. We are proud to have you as part of our team. To ensure continued success, we feel it is important that all team members understand our

3

policies and procedures. This Team Member Handbook will familiarize team members with the various aspects of working with us. We encourage all team members to use the Handbook as a valuable resource for understanding our Company.

# COMMITMENT TO DIVERSITY

## Equal Employment Opportunity

The Company is an equal opportunity employer. In accordance with applicable law, we prohibit discrimination against any applicant or team member based on any legally-recognized basis, including, but not limited to: race, color, religion, sex, pregnancy (including childbirth, lactation or related medical conditions), sexual orientation, gender identity, age (40 and over), national origin or ancestry, citizenship status, physical or mental disability, genetic information (including testing and characteristics), veteran status, uniformed servicemember status, citizenship status or any other status protected by federal, state or local law. Our commitment to equal opportunity employment applies to all persons involved in our operations and prohibits unlawful discrimination by any team member, including supervisors and co-workers.

### Complaint Procedure

Any team member who believes they have been harassed, discriminated against or subject to retaliation by a co-worker, supervisor, agent, client, vendor or customer of the Company, in violation of the foregoing policies, or who is aware of such harassment, discrimination of or retaliation against others, should immediately provide a written or verbal report to their supervisor, any other member of management or to Human Resources to report such incidents. After a report is received, a thorough and objective investigation by management will be undertaken. The investigation will be completed, and a determination made and communicated to the team member as soon as practical. The Company expects all team members to fully cooperate with any investigation conducted by the Company into a complaint of proscribed harassment, discrimination or retaliation, or regarding the alleged violation of any other Company policies, except when voluntary compliance with an investigation is being requested. The Company also expects that during the investigation, team members should keep matters related to the investigation confidential.

If we determine that this policy has been violated, remedial action will be taken, commensurate with the severity of the offense. Appropriate action will also be taken to deter any future harassment or discrimination prohibited by this policy. If a complaint of prohibited harassment, discrimination or retaliation is substantiated, appropriate disciplinary action, up to and including termination of employment, will be taken.

The Equal Employment Opportunity Commission ("EEOC") and equivalent state agencies will accept and investigate charges of unlawful discrimination or harassment at no charge to the complaining party.

4

## Sexual and Other Unlawful Harassment

The Company is committed to providing a work environment that is free of prohibited harassment. As a result, the Company maintains a strict policy prohibiting sexual harassment and harassment against applicants and team members based on any legally-recognized status, including, but not limited to: race, color, religion, sex, pregnancy (including childbirth, lactation or related medical conditions), sexual orientation, gender identity, age (40 and over), national origin or ancestry, physical or mental disability, genetic information (including testing and characteristics), veteran status, uniformed servicemember status, citizenship status or any other status protected by federal, state or local law.

The Company's anti-harassment policy applies to all persons involved in its operations, regardless of their position, and prohibits harassing conduct by any team member of the Company, including supervisors, managers and nonsupervisory team members. This policy also protects team members from prohibited harassment by third parties, such as customers, vendors, clients, visitors, or temporary or seasonal workers. If such harassment occurs in the workplace by someone not employed by the Company, the procedures in this policy should be followed. The workplace includes actual worksites, any setting in which work-related business is being conducted (whether during or after normal business hours), company-sponsored events, or company owned/controlled property.

### Sexual Harassment Defined

Sexual harassment includes unwanted sexual advances, requests for sexual favors or visual, verbal or physical conduct of a sexual nature when:

- Submission to such conduct is made a term or condition of employment; or

- Submission to, or rejection of, such conduct is used as a basis for employment decisions affecting the individual; or

- Such conduct has the purpose or effect of unreasonably interfering with a team member's work performance or creating an intimidating, hostile or offensive working environment.

Sexual harassment includes various forms of offensive behavior based on sex. The following is a non-exhaustive list of the types of conduct prohibited by this policy:

- Unwanted sexual advances or propositions (including repeated and unwelcome requests for dates);

- Offers of employment benefits in exchange for sexual favors;

- Making or threatening reprisals after a negative response to sexual advances;

5

- Visual conduct: leering, making sexual gestures, displaying of sexually suggestive objects or pictures, cartoons, posters, websites, social media, emails or text messages;

- Verbal conduct: making or using sexually derogatory comments, innuendos, epithets, slurs, sexually explicit jokes, or comments about an individual's body or dress, whistling or making suggestive or insulting sounds;

- Verbal and/or written abuse of a sexual nature, graphic verbal and/or written sexually degrading commentary about an individual's body or dress, sexually suggestive or obscene letters, notes, invitations, emails, text messages, tweets or other social media postings;

- Physical conduct: touching, assault or impeding or blocking normal movements;

- Retaliation for making reports or threatening to report sexual harassment.

### Other Types of Harassment

Harassment on the basis of any legally protected status is prohibited, including harassment based on race, color, religion, sex, pregnancy (including childbirth, lactation or related medical conditions), sexual orientation, gender identity, age (40 and over), national origin or ancestry, physical or mental disability, genetic information (including testing and characteristics), veteran status, uniformed service member status, citizenship status or any other status protected by federal, state or local law. Prohibited harassment may include behavior similar to the illustrations above pertaining to sexual harassment. It also includes, but is not limited to:

- Verbal conduct including taunting, jokes, threats, epithets, derogatory comments or slurs based on an individual's protected status;

- Visual and/or written conduct including derogatory posters, photographs, calendars, cartoons, drawings, websites, social media, emails, text messages or gestures based on an individual's protected status; and

- Physical conduct including assault, unwanted touching or blocking normal movement because of an individual's protected status.

### Complaint Procedure

Any applicant or team member who believes they have been subjected to prohibited harassment or retaliation by a co-worker, supervisor, manager, client, visitor, vendor, customer or temporary or seasonal worker of the Company, or who believes another individual has been subject to such conduct, should report it immediately. Applicants and team members are encouraged to report concerns, even if they relate to incidents in the past, involve individuals who are no longer affiliated with the Company, or concern conduct occurring outside of work if it impacts the individual at work.

6

Complaints can be made verbally, or in writing, to the highest-ranking on-site supervisor or manager or to any Human Resources representative.  Team members are not required to report any prohibited conduct to a supervisor or manager who may be hostile, who has engaged in such conduct, who is a close associate of the person who has engaged in such conduct, or with whom the team member is uncomfortable discussing such matters. Complaints may be made anonymously using the Company's toll-free hotline, or by contacting 1-877-778-5463 or www.reportit.net (Username: employee / Password: employee).

Team members are welcome to communicate to the offending person that the person's conduct is offensive and unwelcome, however, they are not required to do so.  Any supervisor or manager who receives a complaint of harassment or retaliation must immediately report the allegation to Human Resources.

After a report is received, a thorough and objective investigation will be undertaken. Confidentiality will be maintained to the extent practical and permitted by law. Investigations will be conducted as confidentially as possible in accordance with the law and related information will only be shared with others on a need-to-know basis.  The investigation will be completed, and a determination made and communicated to the team member as soon as practical.

If a complaint of prohibited harassment or discrimination is substantiated, appropriate disciplinary action, up to and including termination of employment, will be taken.  If a complaint cannot be substantiated, the Company may take appropriate action to reinforce its commitment to providing a work environment free from harassment.

### Manager's Responsibility

All supervisors and managers are responsible for:

- Implementing this policy, which includes, but is not limited to, taking steps to prevent harassment and retaliation;

- Ensuring that all team members under their supervision have knowledge of and understand this policy;

- Promptly reporting any complaints to the designated Human Resources representative so they may be investigated and resolved in timely manner;

- Taking and/or assisting in prompt and appropriate corrective action when necessary to ensure compliance with this policy; and

- Conducting themselves, at all times, in a manner consistent with this policy.

Failure to meet these responsibilities may lead to disciplinary action, up to and including termination.

7

*Protection Against Retaliation*

Retaliation is prohibited against any person by another team member or by the Company for using this complaint procedure, reporting proscribed harassment, objecting to such conduct or filing, testifying, assisting or participating in any manner in any investigation, proceeding or hearing conducted by a governmental enforcement agency. Prohibited retaliation includes, but is not limited to, termination, demotion, suspension, failure to hire or consider for hire, failure to give equal consideration in making employment decisions, failure to make employment recommendations impartially, adversely affecting working conditions or otherwise denying any employment benefit.                     *C AmERA*

Individuals who believe they have been subjected to retaliation or believe that another individual has been subjected to retaliation, should report this concern to the highest-ranking on-site supervisor or manager or to any Human Resources representative. Any report of retaliatory conduct will be investigated in a thorough and objective manner. If a report of retaliation prohibited by this policy is substantiated, appropriate disciplinary action, up to and including termination of employment, will be taken. If a complaint cannot be substantiated, the Company may take appropriate action to reinforce its commitment to providing a work environment free from retaliation.

*Good Faith*

The initiation of a good faith complaint of harassment or retaliation will not be grounds for disciplinary action, even if the allegations cannot be substantiated. Any individual who makes a complaint that is demonstrated to be intentionally false may be subject to discipline, up to and including termination.

*Support for Individuals Impacted by Harassment or Retaliation*

The Company will strive to assist anyone who has been subjected to unwelcome harassment or retaliation to feel more comfortable in the work environment. Such assistance may but does not necessarily include transfer or reassignment. Any such assistance is at the Company's sole discretion.

## Disability and Accommodation

To comply with applicable laws ensuring equal employment opportunities for individuals with disabilities, the Company will make reasonable accommodations for the known physical or mental limitations of an otherwise qualified individual with a disability who is an applicant or a team member, unless undue hardship and/or a direct threat to the health and/or safety of the individual or others would result. Any team member who requires an accommodation in order to perform the essential functions of their job, enjoy an equal employment opportunity, and/or obtain equal job benefits should contact Human Resources to request such an accommodation. Human Resources will communicate with the team member and engage in an interactive process to determine the nature of the issue and what, if any, reasonable accommodation(s) may be appropriate. In some cases, this interactive process may be triggered without a request from the team member,

such as when the Company receives notice from its own observation or another source that a medical impairment may be impacting the team member's ability to perform essential job functions.

Team members who believe they need an accommodation must specify, preferably in writing, what barriers or limitations prompted the request. The Company will evaluate information obtained from the team member, and possibly the team member's health care provider or another appropriate health care provider, regarding any reported or apparent barriers or limitations, and will then work with the team member to identify possible accommodations, if any, that will help to eliminate or otherwise address the barrier(s) or limitation(s). If an identified accommodation is reasonable and will not impose an undue hardship on the Company and/or a direct threat to the health and/or safety of the individual or others, the Company will generally make the accommodation, or it may propose another reasonable accommodation which may also be effective. Team members are required to cooperate with this process by providing all necessary documentation supporting the need for accommodation and being willing to consider alternative accommodations when applicable.

The Company will also consider requests for reasonable accommodations for medical conditions related to pregnancy, childbirth and lactation were supported by medical documentation and/or as required by applicable federal, state or local law.

Team members who wish to request unpaid time away from work to accommodate a disability should speak to Human Resources.

## Religious Accommodation

The Company will provide reasonable accommodation for team members' religious beliefs, observances, and practices when a need for such accommodation is identified, and reasonable accommodation is possible. A reasonable accommodation is one that eliminates the conflict between a team member's religious beliefs, observances, or practices and the team member's job requirements, without causing undue hardship to the Company.

The Company has developed an accommodation process to assist team members, management, and Human Resources. Through this process, the Company establishes a system of open communication between team members and the Company to discuss conflicts between religion and work and to take action to provide reasonable accommodation for team members' needs. The intent of this process is to ensure a consistent approach when addressing religious accommodation requests. Any team member who perceives a conflict between job requirements and religious belief, observance, or practice should bring the conflict and request for accommodation to the attention of the Human Resources representative to initiate the accommodation process. The Company requests that accommodation requests be made in writing, and in the case of schedule adjustments, as far in advance as possible.

9

# GENERAL EMPLOYMENT PRACTICES

## Team Member Classifications

Team members of the Company are classified as either exempt or nonexempt under federal and state wage and hour laws and are further classified for administrative purposes. The following designations are used throughout this team member Handbook.

### *Exempt Team Members*

Exempt team members are team members whose job assignments meet specific tests established by the federal Fair Labor Standards Act (FLSA) and state law and who are exempt from minimum wage and overtime pay requirements. Exempt team members are compensated on a salary basis. Team members will be informed whether their status is exempt or nonexempt and should consult with the Human Resources representative with any questions or concerns regarding this status.

### *Nonexempt Team Members*

Nonexempt team members are team members whose job positions do not meet FLSA or applicable state exemption tests, and who are not exempt from minimum wage and overtime pay requirements. Nonexempt team members are eligible to receive overtime pay for hours worked in excess of 40 hours in a given week, or as otherwise required by applicable state law. team members will be informed whether their status is exempt or nonexempt and should consult with the Human Resources representative with any questions or concerns regarding this status.

### *Full-Time Team Members*

Full-time team members are those who are normally scheduled to and generally do work 24 or more hours per week. Full-time team members are generally eligible for the team member benefits described in this Team Member Handbook and are provided with benefits required by applicable law.

### *Part-Time Team Members*

Part-time team members are those who are normally scheduled to and generally do work less than 24 hours per week. Part-time team members may be assigned a work schedule in advance or may work on an as-needed basis.

### *Temporary Team Members*

Temporary Agency team members are those who are employed by a third party for short-term assignments. These temporary team members are generally hired to temporarily supplement the workforce or assist in the completion of a specific project. Temporary employment assignments are of limited duration and should be converted, if appropriate and based on business need, as soon as possible and not exceed six months as a temporary. These temporary team members are not eligible for team member benefits,

except as required by applicable law, and may be classified as exempt or nonexempt on the basis of job duties and compensation.

Temporary/Intern/Co-Op/Summer Hire/Seasonal team members are those who are employed directly by the Company for short-term assignments up to six months. These temporary team members are generally hired to temporarily supplement the workforce, assist in the completion of a specific project or for developmental opportunity. These temporary employment assignments are of limited duration and should not exceed six months. These temporary team members are eligible for team member benefits and may be classified as exempt or nonexempt on the basis of job duties and compensation.

## Team Member Eligibility and Work Authorization

The Company is committed to employing only individuals who are authorized to work in the United States and who comply with applicable immigration and employment law. As a condition of employment, every individual must provide satisfactory evidence of their identity and legal authority to work in the United States within three business days of commencing employment. If the team member cannot verify their right to work in the United States within three business days of commencing employment, the Company will be required to terminate their employment immediately.

## Romantic and Family Relationships at Work

We will not take any adverse employment action against any team member for engaging in romantic relationships during nonworking hours away from Company premises. However, we will consider such relationships when they affect a team member's job performance, occur during working time or on Company premises, or pose a danger of a conflict of interest.

A familial or intimate relationship among team members can create an actual or at least potential or perceived conflict of interest in the employment setting, especially where one relative, spouse, partner, or member of such a relationship supervises another relative, spouse, partner, or member. To avoid this problem, we may refuse to hire or place a relative or other intimately associated individual in a position where the potential for favoritism or a conflict exists.

If two team members marry, become related, or enter into an intimate relationship, they may not remain in a reporting relationship or in positions where one individual may affect the compensation or other terms or conditions of employment of the other individual. In other cases where a conflict or the danger of a conflict arises, even if there is no supervisory relationship involved, the parties may be separated by reassignment or terminated from employment, at the discretion of the Company.

For the purposes of this policy, a relative is any person who is related by blood or marriage, or whose relationship with the team member is similar to that of persons who are related by blood or marriage (e.g., domestic partnership or civil union status).

11

## Background Checks

The Company recognizes the importance of maintaining a safe, secure workplace with team members who are qualified, reliable, and nonviolent, and who do not present a risk of serious harm to their coworkers or others. To promote these concerns and interests, the Company reserves the right to investigate an individual's prior employment history, personal references, and educational background, as well as other relevant information. Consistent with legal or contractual requirements, the Company also reserves the right to obtain and to review an applicant's or a team member's criminal conviction record, and related information, and to use such information when making employment decisions, but only to the extent permissible under applicable law.

A pending criminal matter may be considered in appropriate circumstances for business-related reasons, consistent with applicable law. All background checks will be conducted in strict conformity with the federal Fair Credit Reporting Act (FCRA), applicable state fair credit reporting laws, and state and federal anti-discrimination and privacy laws. The Company is an equal opportunity employer and will comply with applicable federal, state and local laws relating to the use of background checks for employment purposes.

## Personnel Files

Team members may inspect their own personnel file in the presence of a Human Resources representative of the Company. Please contact Human Resources to schedule a time. Team members may not be allowed to view investigation records or any letters of reference that have been prepared or collected by management. Team members will be provided access to personnel records in accordance with applicable state law.

Only authorized members of management and Human Resources have access to a team member's personnel file. However, the Company will cooperate with and provide access to a team member's personnel file to law enforcement officials or local, state or federal agencies in accordance with applicable law, or in response to a subpoena, in accordance with applicable law.

## Personal Data Changes

To better assist team members and/or their families in the event of personal emergencies, the Company needs to maintain up-to-date contact information. Maintaining accurate information in our files also is important for recordkeeping, payroll and benefits related purposes.

Changes in name, address, telephone number, marital status, number of dependents or changes in next of kin and/or beneficiaries should be updated by the team member in the Human Resources Information System or given to Human Resources promptly.

## Voluntary Open-Door Policy

We recognize that team members may have suggestions for improving our workplace, as well as complaints about the workplace. We feel that the most satisfactory solution to a job-related problem or concern is usually reached through a prompt discussion with a team member's supervisor. Team members should feel free to contact their supervisors, another member of management, Human Resources with any suggestions and/or complaints.

While we provide team members with this opportunity to communicate their views, please understand that not every complaint can be resolved to the team members' satisfaction. Even so, we believe that open communication is essential to a successful work environment and all team members should feel free to raise issues of concern without fear of reprisal.

Please note that some Company policies, such as the Sexual and Other Unlawful Harassment policy, contain specific reporting procedures that should be followed. team members should utilize this Voluntary Open-Door policy for reports and ideas that are not addressed through the Company's specific reporting procedures.

# WORKPLACE CONDUCT

## Standards of Conduct

To ensure safety and security and provide the best possible work environment, we expect team members to follow basic, common-sense rules of conduct that will protect everyone's interests and safety. It is not possible to list all the forms of behavior that are considered unacceptable in the workplace, but the following are examples of infractions of rules of conduct that may result in disciplinary action, including suspension, demotion or termination of employment:

- Falsification of employment records, employment information or other records.

- Recording the work time of another team member, allowing any team member to record another team member's work time, or allowing falsification of any timecard, whether yours or another team member's;

- Theft or the deliberate or careless damage of any Company property or the property of any team member or client;

- Abuse of the Company's electronic resources during working time or in a manner that interferes with the team member's work performance;

- Possessing, distributing, selling, transferring or using or being under the influence of alcohol or illegal drugs in the workplace;

13

- Provoking a physical fight or engaging in physical fighting during working hours or on premises owned or occupied by the Company;

- Carrying firearms, weapons or dangerous substances at any time, on premises owned or occupied by the Company, unless state law provides otherwise;

- Using abusive, violent, threatening or vulgar language at any time during working hours or while on premises owned or occupied by the Company;

- Absence of three consecutive scheduled workdays without prior notice to the Company;

- Failing to obtain permission to leave work during normal working hours;

- Failing to observe working schedules, including meal and rest breaks;

- Abusing or misusing paid sick leave (if provided);

- Failing to provide a certificate from a health care provider when requested or required to do so in accordance with applicable law;

- Working overtime without authorization or refusing to work assigned hours;

- Violating any safety, health or security policy, rule or procedure of the Company; and

- Committing a fraudulent act or intentional breach of trust under any circumstances.

Although employment may be terminated at-will by either the team member or the Company at any time, without following any formal system of discipline or warning, we may exercise discretion to utilize forms of discipline that are less severe than termination. Examples of less severe forms of discipline include verbal warnings, written warnings, demotions and suspensions. Although one or more of these forms of discipline may be taken, no formal order or procedures are necessary. The Company reserves the right to determine which type of disciplinary action to issue in response to any type of performance issue or rule violation.

This statement of prohibited conduct does not alter or limit the policy of at-will employment. Either the team member or the Company may terminate the employment relationship at any time for any reason, with or without cause, and with or without notice. As previously set forth in this team member Handbook, only the President of the Company or that person's authorized representative has the authority to enter into an employment agreement that alters the fact that the employment relationship is at-will, and any such agreement must be in writing signed by the President of the Company or an authorized representative.

14

## Reporting and Anti-Retaliation Policy

### We Encourage a Speak Up Culture

Choosing to speak up about workplace concerns helps build a healthy, ethical, and compliant company and is part of our culture. To promote that culture, the Company encourages team members to speak up and raise questions and concerns promptly about any situation that may violate our Code of Conduct, our core values or our policies. At the Company, our people are our most valuable asset. It benefits all of us if we raise our concerns so the Company may consider them carefully and address them properly.

### Follow the Company's Commitment to our Code of Conduct and the Law

The Company is deeply committed to promoting a culture of ethical conduct and compliance with:

- Our Code of Conduct, Core Values, and policies;
- The laws, rules, and regulations that govern our business operations; and
- Best practices in accounting, auditing, and financial reporting matters.

We expect all our team members, officers, directors, and agents to follow this commitment in all aspects of their work.

### Raise Good Faith Questions and Concerns About Conduct that may Violate our Code of Conduct

Consistent with our commitment to ethics, compliance, and the law, we welcome your good faith questions and concerns about any conduct you believe may violate our Code, especially conduct that may be illegal, fraudulent, unethical, or retaliatory. For purposes of this policy, and because our Code of Conduct captures standards of ethics and compliance at a broad level, references to our "Code" should be read to encompass all of our obligations to perform our jobs in a manner that is consistent with the Company's policies and procedures, as well as applicable laws.

We promote an environment that fosters honest, good faith communications about matters of conduct related to our business activities, whether that conduct occurs within the Company, involves one of the Company's contractors, suppliers, consultants, or clients, or involves any other party with a business relationship to the Company.

Nothing in this team member Handbook prohibits a team member from reporting concerns to, filing a charge or complaint with, making lawful disclosures to, providing documents or other information to or participating in an investigation or hearing conducted by the Equal Employment Opportunity Commission ("EEOC"), National Labor Relations Board ("NLRB"), Securities and Exchange Commission ("SEC") or any other federal, state or local agency charged with the enforcement of any laws. Other parts of this Handbook address the confidentiality of the Company's trade secrets and other proprietary

15

information. You should note that in raising any questions or concerns you may have about potentially illegal conduct, pursuant to the 2016 Defend Trade Secrets Act (DTSA), no individual will be held criminally or civilly liable under Federal or State trade secret law for disclosure of a trade secret (as defined in the Economic Espionage Act) that is: (A) made in confidence to a Federal, State, or local government official, either directly or indirectly, or to an attorney, and made solely for the purpose of reporting or investigating a suspected violation of law; or, (B) made in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal so that it is not made public. And an individual who pursues a lawsuit for retaliation by an employer for reporting a suspected violation of the law may disclose the trade secret to the attorney of the individual and use the trade secret information in the court or arbitration proceeding, if the individual files any document containing the trade secret under seal, and does not disclose the trade secret, except as permitted by court order or arbitration award.

### *The Company Does Not Tolerate Retaliation*

Coming forward with questions or concerns may sometimes feel like a difficult decision, but we are committed to fostering an environment that does not deter individuals from speaking up when they observe conduct that may violate our Code. For that reason, the Company will not tolerate retaliation of any kind because a team member in good faith raises a question or concern about a violation or suspected violation of our Code, our policies, or the laws and regulations under which we do business, or because the team member participates in or cooperates with an investigation of such concerns.

Retaliation is any conduct that would reasonably dissuade a team member from raising, reporting or communicating about good faith concerns through our internal reporting channels or with any governmental authority (e.g., the Securities and Exchange Commission, EEOC, or Department of Labor), or from participating in or cooperating with an investigation or legal proceeding raising such concerns.

Retaliation may occur through conduct or written communication and may take many forms, including actual or implied threats, verbal or nonverbal behaviors, changes to the terms or conditions of employment, coercion, bullying, intimidation, or deliberate exclusionary behaviors.

The following are examples of potential retaliation the Company prohibits:

- Adverse employment action affecting a team member's salary or compensation;
- Demotion, suspension, or termination of employment;
- Taking away opportunities for advancement;
- Excluding a team member from important meetings;
- Threatening a team member who has made a report;

- Directing a team member who has made a report not to report to outside regulators;

- Deliberately rude or hostile behaviors or speech; and

- Creating or allowing the creation of a work atmosphere that is hostile toward a team member who has reported a concern.

It is the Company's policy to adhere to all applicable laws protecting our team members against unlawful retaliation or discrimination as a result of their raising good faith questions or concerns. If you are ever aware of an instance or threat of retaliation, please immediately report it.

### How to Raise Questions and Concerns

Team members can submit their good faith questions or concerns about conduct they believe may violate our Code of Conduct, our policies or the laws and regulations under which we do business to:

- Their supervisor or manager;

- Any Company leader;

- Human Resources; and

- Our Company's anonymous and confidential ethics hotline

When a team member raises a concern, the Company will maintain confidentiality to the fullest extent possible, consistent with applicable legal requirements and the need to conduct an adequate investigation or review. Please note that team members can submit concerns anonymously and confidentially through our Company's ethics hotline, 1-877-778-5463 or www.reportit.net (Username: employee / Password: employee).

When raising concerns, we ask that team members provide as much detailed information as possible, including the background and history of the concern, names, dates and places where possible, and the reasons why the situation is cause for concern. This is especially important for concerns raised anonymously, so that the Company may conduct an appropriate review and if necessary, begin an investigation.

Please note as well that the Company does not prohibit anyone from electing to report concerns to make lawful disclosures to provide documents or other information to or communicate with the Equal Employment Opportunity Commission ("EEOC"), National Labor Relations Board ("NLRB"), Securities and Exchange Commission ("SEC") or any other federal, state or local agency about conduct believed to violate laws or regulations. The Company also does not prohibit team members from participating in an investigation or proceeding conducted by one of these agencies.

17

### What the Company Will Do

The Company is committed to reviewing all reported concerns, conducting proper, fair and thorough investigations tailored to the circumstances, and taking appropriate remedial and concluding steps as warranted. All action taken by the Company in response to a concern will necessarily depend on the nature and severity of the concern. This may include initial inquiries and fact-gathering to decide whether an investigation is appropriate and, if so, the form and scope of the investigation. Note that an investigation into concerns raised is not an indication that they have either been confirmed or rejected. The Company complies with the law in conducting investigations and expects that team members will cooperate with an investigation, except when voluntary compliance with an investigation is being requested. The Company also expects that team members will provide truthful information when participating in an investigation and, during the investigation, will keep matters related to the investigation confidential.

Remember, all good faith concerns and reports raised under this policy will be taken seriously.

### Adherence to This Policy

Team members who believe that they have been subjected to any conduct that violates this policy may register a complaint using the procedures outlined above. Any team member who unlawfully discriminates or retaliates against another team member as a result of the team member's protected actions as described in this policy may be subject to corrective action, up to and including termination.

## Confidential Company Information

The Company's confidential and proprietary information is vital to its current operations and future success. Each team member should use all reasonable care to protect or otherwise prevent the unauthorized disclosure of such information.

In no event should team members disclose or reveal confidential information within or outside the Company without proper authorization or purpose.

"Confidential Information" refers to a piece of information, or a compilation of information, in any form (on paper, in an electronic file, or otherwise), related to the Company's business that the Company has not made public or authorized to be made public, and that is not generally known to the public through proper means.

By way of example, confidential or proprietary information includes, but is not limited to, nonpublic information regarding the Company's business methods and plans, databases, systems, technology, intellectual property, know-how, marketing plans, business development, products, services, research, development, inventions, financial statements, financial projections, financing methods, pricing strategies, customer sources, team member health/medical records, system designs, customer lists and methods of competing. Additionally, team members who by virtue of their performance of

18

their job responsibilities have the following information, should not disclose such information for any reason, except as required to complete job duties, without the permission of the team member at issue: social security numbers, driver's license or resident identification numbers, financial account, credit or debit card numbers, security and access codes or passwords that would permit access to medical, financial or other legally protected information.

Confidential Information does not include information lawfully acquired by non-management team members about wages, hours or other terms and conditions of employment, if used by them for purposes protected by §7 of the National Labor Relations Act such as joining or forming a union, engaging in collective bargaining, or engaging in other concerted activity for their mutual aid or protection. Nothing in this Team Member Handbook prohibits a team member from communicating with any governmental authority or making a report in good faith and with a reasonable belief of any violations of law or regulation to a governmental authority, or disclosing Confidential Information which the team member acquired through lawful means in the course of employment to a governmental authority in connection with any communication or report, or from filing, testifying or participating in a legal proceeding relating to any violations, including making other disclosures protected or required by any whistleblower law or regulation to the Securities and Exchange Commission, the Department of Labor, or any other appropriate government authority.

Further, team members are hereby notified that under the 2016 Defend Trade Secrets Act (DTSA): (1) no individual will be held criminally or civilly liable under Federal or State trade secret law for the disclosure of a trade secret (as defined in the Economic Espionage Act) that: (A) is made in confidence to a Federal, State, or local government official, either directly or indirectly, or to an attorney; and made solely for the purpose of reporting or investigating a suspected violation of law; or, (B) is made in a complaint or other document filed in a lawsuit or other proceeding, if such filing is made under seal so that it is not made public; and, (2) an individual who pursues a lawsuit for retaliation by an employer for reporting a suspected violation of the law may disclose the trade secret to the attorney of the individual and use the trade secret information in the court or arbitration proceeding, if the individual files any document containing the trade secret under seal, and does not disclose the trade secret, except as permitted by order in that proceeding.

## Personal Appearance

The image the Company projects to the public is reflected in the appearance of our team members. Simply stated, team members should look well-groomed and should be dressed appropriately for their specific duties. Team members are expected to use good judgment in their appearance and grooming, keeping in mind the nature of the work, their own safety and the safety of co-workers, and their need to interact with the public.

Below are a few guidelines for appearance:

- Clothing and footwear should not constitute a safety hazard and should comply with job specific requirements (e.g., steel toed shoes, glasses, gloves, sleeves, hard hats, etc.);

- All team members should practice common sense rules of cleanliness and comfort;

- When jeans are appropriate for the position, the jeans must be in good condition with no holes and or tears;

- Tank tops, jogging suits, yoga pants, flip-flops, slippers, garments that are unnecessarily revealing, sweatpants and other similar apparel are generally not permitted;

- Personal appearance should include cleanliness and proper hygiene practices;

- Jewelry may be restricted for safety reasons, based on the position;

- Clothing should not contain material that is harassing, discriminatory, abusive, obscene, violent or threatening; and

- The Company reserves the right to change these guidelines, without notice, and or require professional business attire.

We encourage team members to seek the advice of the Human Resources representative if they have questions regarding appropriate dress or appearance at work. Team members who report to work dressed or groomed in violation of this policy may be instructed by their supervisor to return home to change. The time that nonexempt team members are absent for this purpose will be unpaid unless state law requires otherwise.

Nothing in this policy is intended to prevent team members from wearing a hair or facial hair style that is consistent with their cultural, ethnic or racial heritage or identity. This policy will be interpreted to comply with applicable local, state or federal law.

## Religious, Medical and Disability Accommodations

The Company will reasonably accommodate exceptions to this policy if required due to a team member's religious beliefs, medical condition or disability. Team members who need such an accommodation should contact their supervisor or Human Resources.

## Attendance and Punctuality

Team members are expected to be regular in attendance and to be punctual. If team members are absent, their work generally must be performed by others or go undone. To limit problems caused by team members' unapproved absences, we have adopted the following policy.

20

Team members are expected to report to work as scheduled, be on time and be prepared to start work. Team members are also expected to remain at work for their entire work schedule, except for meal or break periods, or when required to leave on authorized Company business or other authorized reason. Unapproved late arrivals, early departures or other absences from scheduled hours are disruptive and must be avoided.

For attendance purposes, if a team member is unable to report for work on any particular day, they must call their site designated contact (e.g., call-in number, supervisor, etc.), at least one hour in advance of the time the team member is scheduled to begin working for that day (unless it is impossible to do so, in which case the team member must call as soon as possible thereafter). Team members who need to leave early must notify their supervisor as soon as they learn that they will not be able to complete their scheduled shift. The Company may inquire about the general reason for an absence, tardiness or early departure. Unless extenuating circumstances exist, team members must call in on each and every scheduled day on which they will not report to work, unless they are on an approved leave of absence.

Excessive absenteeism or tardiness may result in disciplinary action up to and including termination of employment, unless the absence or tardiness is excused or approved. The following are examples of types of time off that will not be considered grounds for disciplinary action under this policy:

- Time off that was previously approved, including vacation, bereavement;

- Paid sick and safe time provided under a mandatory sick and safe time leave law;

- Approved state and federal leaves of absence, including but not limited to jury duty leave, military leave, leave protected under the Family and Medical Leave Act or similar state laws, and time off or leave specifically approved by the Company as an accommodation under the Americans with Disabilities Act or similar state laws; and

- Time off due to a work-related injury that is covered by workers' compensation.

Each situation of absenteeism, tardiness or early departure will be evaluated on a case-by-case basis. Even one unexcused absence or tardiness may be considered excessive, depending upon the circumstances. However, the Company will not subject team members to disciplinary action or retaliation for an absence, tardiness or early departure for which discipline may not be imposed under applicable law. If the team member believes that an absence, tardiness or early departure is (or should be) excused pursuant to applicable law, the team member should notify their manager of this fact as soon as possible, but no later than at the time of the absence, tardiness or early departure. (For the required timing of a team member's notice of the need for a foreseeable leave of absence, see the applicable leave policy). If a team member believes they have mistakenly been subject to disciplinary action for an absence, tardiness or early departure that the team member believes is or should be excused/approved, the team member should promptly discuss the matter with their manager or Human Resources. The

21

Company will investigate the situation and any errors will be corrected. Team members who fail to report for work without proper notification and whose absence continues for a period of three days (No Call / No Show) will be considered to have abandoned and voluntarily terminated their employment, absent extraordinary circumstances.

## Personal Devices

Although the Company permits team members to bring personal electronic devices, including cellular phones, smartphones and PDAs, into the workplace, team members are expected to remember that working time is for work.

Therefore, team members should only engage in personal phone calls and communications and other use of personal electronic devices during nonworking time, including breaks and meal periods. Outside of this time, personal phone calls and other personal device use should be kept to a minimum and for emergency use only.

## Personal Calls

While team members are at work, they are expected to perform their job duties and responsibilities. Personal calls should be made primarily outside of working time.

The Company may monitor the frequency and duration of a team member's usage of its telephones. In the event it is necessary to make a personal long-distance call, team members may be asked to reimburse the Company for the cost, when applicable. Abuse of the Company's telephones and/or long-distance service may result in discipline, up to and including termination of employment.

## Contact with the Media

To ensure that the Company communicates with the media in a consistent, timely and professional manner about matters related to the Company, you should notify Human Resources that you have been contacted by the media whenever you are asked to speak on behalf of the Company so that the Company knows that a media inquiry has been made. Do not respond to media inquiries on the Company's behalf without authorization. This rule does not prevent you from speaking with the media, but you should not attempt to speak on behalf of the Company unless you have specifically been authorized to do so by an officer of the Company.

## Conflicts of Interest

All team members must conduct themselves in such a way as to avoid actual or potential conflicts of interest. The following are examples of prohibited conflicts of interest in any aspect of their jobs:

- Acting as a director, officer, consultant, agent or team member of a supplier, customer, competitor or any entity that engages in business with the Company;

22

- Owning a material interest in or being a creditor of or having other financial interest in a supplier, customer, competitor or any entity that engages in business with the Company;

- Having any significant direct or indirect personal interest in a business transaction involving the Company;

- Conducting outside activities that materially detract from or interfere with the full and timely performance of a team member's job duties for the Company;

- Influencing commercial transactions involving purchases, contracts or leases in a way that would have a negative impact on the Company or its business.

If a team member has, or is considering the assumption of, a financial interest or outside employment relationship that might involve a conflict of interest, or if the team member is in doubt concerning the proper application of this policy, they should promptly discuss the matter with Human Resources and refrain from exercising responsibility on the Company's behalf in any manner that might reasonably be considered to be affected by any adverse interest.

Failure to disclose the fact of a conflict or potential conflict may constitute grounds for disciplinary action.

This policy in no way prohibits team member affiliations or activities that are protected under applicable state and federal laws, including but not limited to any activity that is protected under Section 7 of the National Labor Relations Act, which includes the right of team members to organize collectively and to speak with others about their terms and conditions of employment.

## Outside Employment

While the Company does not prohibit team members from holding other jobs, the following types of outside employment are generally prohibited (to the extent allowed under applicable law):

- Employment that conflicts with the team member's work schedule, duties and responsibilities or creates an actual conflict of interest;

- Employment that impairs or has a detrimental effect on the team member's work performance with the Company;

- Employment that requires team members to conduct work or related activities during working times or using any of the Company's tools, materials or equipment; and

- Employment that directly or indirectly competes with the business or the interests of the Company.

23

For the purposes of this policy, self-employment is considered outside employment.

The Company will not assume any responsibility for team members' outside employment. Specifically, the Company will not provide workers' compensation coverage or any other benefit for injuries occurring from, or arising out of, such outside employment.

# PAY PRACTICES

## Performance Reviews

Performance evaluations are generally scheduled once a year or upon a change in assignments, however, supervisors and team members are strongly encouraged to discuss job performance and goals on an informal, day-to-day basis.

A positive performance review does not guarantee a salary increase or a promotion. These decisions are made at the discretion of the Company and depend on a number of factors in addition to a team member's individual performance.

We reserve the right to make any personnel changes (including termination) before or after performance evaluations and the Company does not guarantee to provide performance evaluations at any set interval.

## Payment of Wages

Team members will be paid based on their site's payroll schedule by check, direct deposit or pay card (if available).

If the regular payday falls on a company-recognized holiday, then team members will be paid on the work day before the regular payday. Team members who enjoy the benefit of electronic direct deposit will receive deposit advice on each payday.

### Paycheck Deductions

The Company is required by federal and some state laws to make certain deductions from your paycheck each pay period. Such deductions typically include taxes and Social Security. Depending on the state in which you are employed and the benefits you choose, additional deductions may occur.

The pay of some team members may be subject to additional deductions. Such deductions will be made in accordance with state and federal law and will require written authorization from the team member.

The amount of all deductions will be listed on the team member's pay stub.

### Reporting Errors and Obtaining More Information

If any team member, exempt or nonexempt, has questions about deductions from their pay, believes they have been subjected to improper deductions, or believes that the

24

amount paid does not accurately reflect the team member's total hours worked or salary, that team member should promptly contact Human Resources, a supervisor or any other member of management.

Every report will be fully investigated, and the Company will provide the team member with any compensation to which the team member is entitled in a timely fashion.

The Company complies with all applicable laws, including the Fair Labor Standards Act, and will not allow any form of retaliation against individuals who make good faith reports of alleged violations of this policy, or who cooperate in an investigation by the Company, even if the reports do not reveal any errors or wrongdoing.

## Work Schedules

The Company is normally open for business from Monday through Friday, 8:00 a.m. to 5:00 p.m. Your supervisor will assign your work schedule.

All team members are expected to be at their desk or designated work area at the start of their scheduled shift, ready to perform their work.

Supervisors will schedule meal and rest periods as appropriate. The Company complies with federal and state laws in this regard.

Staffing needs and operational demands may necessitate variations in starting and ending times, as well as variations in total hours that may be scheduled each day and week.

## Meal and Rest Breaks

It is the Company's policy to comply with all laws regarding meal and rest breaks. Team members should refer to the state supplement section of this handbook for additional information regarding meal and rest breaks required under state law.

If a team member works in a state where there are no applicable meal or rest break requirements, the Company will provide break time as appropriate, subject to operational needs and supervisor discretion.

Any rest breaks of short duration (lasting between five and 20 minutes) will be counted as "hours worked" and paid accordingly. Meal breaks lasting 30 minutes or more are not considered "hours worked" for purposes of federal law and will not be paid for nonexempt team members.

Team members must be completely relieved from work duties during any unpaid meal break. Nonexempt team members may be required to record the beginning and ending time of their meal breaks each day on their time records.

## Lactation Accommodation

The Company will provide a reasonable amount of break time to accommodate a team member desiring to express breast milk for the team member's infant child. Team members needing breaks for lactation purposes may use ordinary paid rest breaks or may take other reasonable break time when needed. If possible, the lactation break time should run concurrently with scheduled meal and rest breaks already provided to the team member. If the lactation break time cannot run concurrently with meal and rest breaks already provided or additional time is needed for the team member, the lactation break time will be unpaid for nonexempt team members.

Team members will be relieved of all work-related duties during any unpaid break. Where unpaid breaks or additional time are required, team members should work with their supervisor or Human Resources regarding scheduling and reporting the extra break time. Where state law imposes more specific requirements regarding the break time or lactation accommodation, the Company will comply with those requirements.

The Company will provide team members with the use of a room or a private area, other than a bathroom or toilet stall, that is shielded from view and free from intrusion from coworkers and the public. The Company will make a reasonable effort to identify a location within close proximity to the work area for the team member to express milk. This location may be the team member's private office, if applicable.

The Company will otherwise treat lactation as a pregnancy-related medical condition and address lactation-related needs in the same manner that it addresses other non-incapacitating medical conditions, including requested time off for medical appointments, requested changes in schedules and other requested accommodations.

Team members should discuss with Human Resources the location for storage of expressed milk. In addition, team members should contact Human Resources during their pregnancy or before their return to work to identify the need for a lactation area.

For team members working in a jurisdiction that has a mandatory lactation accommodation law, the Company will comply with all legal requirements, including providing greater or different benefits than those indicated here.

## Timekeeping

### Nonexempt Team Members

Team members who are classified as nonexempt must accurately record the time they work each day, including arrival, departure and, at some sites, meal and/or break times.

When team members receive their paychecks, they should verify immediately that their working time was recorded accurately and that they were paid correctly for all hours worked.

Nonexempt team members must report all time worked and not work any time that is not authorized by their supervisors. This means nonexempt team members must not start work early, finish work late, work during a meal and/or break, or perform any other extra or overtime work unless directed to do so. Team members who have questions about when or how many hours they are expected to work should contact their supervisor.

It is a violation of the Company's policy for anyone to instruct or encourage another team member to work "off the clock," to incorrectly report hours worked, or to alter another team member's time records. If any team member is directed or encouraged to incorrectly report hours worked, or to alter another team member's time records, they should report the incident immediately to Human Resources.

### Exempt Team Members

Team members who are classified as exempt must record absences from work for reasons such as leaves of absence, sick leave or vacation.

Exempt team members are paid on a salary basis. This means the team member regularly receives a predetermined amount of compensation each pay period, which cannot be reduced because of variations in the quality or quantity of the team member's work. In general, an exempt team member will receive their salary for any week in which the team member performs any work, regardless of the number of days or hours worked. However, an exempt team member will not be paid for days not worked in the following circumstances:

- When an exempt team member takes one or more full days off for sickness, disability, or personal reasons, the team member will not be paid for such day(s) of absence, but the team member may use available paid time off (e.g., sick, vacation or other paid time off) to make up for the reduction in salary;

- When an exempt team member works only part of the week during their first and last week with the Company, the team member will be paid only for the days actually worked;

- When an exempt team member takes unpaid leave under the Family and Medical Leave Act or corresponding laws, the Company will not pay for such days/hours of absence; and

- When an exempt team member receives an unpaid disciplinary suspension of one or more full days, imposed in good faith for workplace conduct rule infraction, the Company will not pay for such days of suspension.

The Company may require an exempt team member to use available paid time off (e.g., vacation, sick time if permissible by state law, or other paid time off), as a replacement for salary, when the team member takes less than a full day off from work, unless otherwise prohibited by law.

An exempt team member's salary will not be reduced when the team member works part of a week and misses part of a week due to service as a juror, witness or in the military or for lack of work, though deductions may be made to offset amounts a team member receives as jury or witness fees, or for military pay. The Company may also make lawful deductions from a team member's salary for penalties imposed in good faith for infractions of safety rules of major significance.

It is company policy to comply with the salary basis requirements of the Fair Labor Standards Act (FLSA) and applicable state law. The Company prohibits any deductions from pay that violate the FLSA or applicable state law.

If an exempt team member believes that an improper deduction has been made to their salary, the team member should immediately report this information to Human Resources. Reports of improper deductions will be promptly investigated. If it is determined that an improper deduction has occurred, the team member will be reimbursed in a timely fashion for any improper deduction made.

## Overtime

When operating requirements or other needs cannot be met during regular working hours, team members may be scheduled to work overtime. Nonexempt team members will be paid one and one-half (1.5) times their regular rate of pay for all hours worked in excess of 40 in one workweek and as otherwise required by applicable state and federal law. Paid time off such as sick pay, jury duty pay, and bereavement pay (where applicable) will not count toward hours worked for the purpose of determining overtime pay.

All overtime work must be authorized in advance by the team member's supervisor. Working overtime without prior authorization may result in disciplinary action.

Exempt team members are expected to work as much of each workday as is necessary to complete their job responsibilities. No overtime or additional compensation is provided to exempt team members.

## On-Call Pay

To ensure that team members will be available to address and resolve issues that may arise, the Company has instituted this on-call compensation policy to cover those nonexempt team members who may be required to be on-call and/or come back into work following their regularly scheduled shift.

During the on-call period, team members will not be required to report to work and may perform on-call work remotely. Team members are free and encouraged to engage in personal activities during the on-call period. However, the Company asks that the team member refrain from the use of alcohol to ensure soundness of judgment.

28

On-call team members are expected to keep their cell phone, and laptop accessible during all on-call hours, and are also expected to respond to a text or call within 15 minutes of receipt.

Team members will be compensated for their on-call/call-in time. Failure to respond to a call or page during the team member's designated on-call time may result in discipline.

Nonexempt on-call team members shall be paid at their normal rate of pay for any time actually worked while on-call, as specified in this policy. Team members will be paid any applicable overtime rate if the time actually spent carrying out assigned duties during the call-in time qualifies as overtime hours.

Team members who are not required to perform any work during their on-call shift will not be paid.

This policy will be applied and interpreted in accordance with applicable municipal, state and federal legal requirements.

Exempt team members are not eligible for "on-call" pay.

## Business Travel and Reimbursement

The Company will reimburse team members for reasonable business travel expenses incurred while on assignments away from the normal work location. All business travel must be approved in advance. Once approved, team members should make travel arrangements and seek reimbursement in accordance with the guidelines in this policy.

When approved, the actual cost of travel, meals, lodging and other expenses directly related to accomplishing business travel objectives will be reimbursed by the Company. Team members are expected to limit expenses to reasonable amounts. Reimbursement of nonstandard expenses (including the purchase of alcoholic beverages) incurred on business trips is within the sole discretion of the Company.

Team members should ask their supervisor or Human Resources for guidance and assistance on procedures related to travel arrangements, expense reports, reimbursement for specific expenses or any other business travel issues.

Exempt team members will be paid their regular salary for any weeks in which they travel. Nonexempt team members will be paid for travel time in accordance with company policy and with federal and state wage and hour laws.

Abuse of this business travel expense policy, including falsifying expense reports to reflect costs not incurred by the team member, may result in disciplinary action, up to and including termination of employment.

Please reference the J.B. Poindexter & Co., Inc. enterprise-wide policy related to travel and entertainment.

29

# TIME OFF AND LEAVES OF ABSENCE

## Time Off and Leaves of Absence

The Company recognizes that team members benefit from time away from work for a variety of reasons, all of which contribute towards a positive work-life balance for our team members. Therefore, the Company provides time off, both paid and unpaid, to eligible team members for the following situations:

- Holidays;

- Floating Holidays;

- Paid Time Off (e.g., vacation and/or sick pay);

- Personal Leave;

- Family and Medical Leave;

- Military Leave;

- Jury and Witness Duty Leave;

- Voting Leave;

- Bereavement Leave; and

- Other Leaves of Absence.

## Holidays

The Company offers paid time off for the observance of specific holidays each calendar year. Typically, the Company observes the following paid holidays: New Year's Day, Memorial Day, Fourth of July, Labor Day, Thanksgiving and Christmas. Some business units may observe additional holidays. Typically, if a holiday falls on a weekend day, the Company usually observes the holiday on the preceding Friday or the following Monday.

Holiday observance will typically be announced in advance. Nonexempt team members who perform any work on paid company holidays will be paid for all time worked in addition to any holiday pay. Typically holiday pay for nonexempt team members is calculated based on the team member's straight time pay rate (as of the date of the holiday) multiplied by the number of hours the team member would have otherwise worked on that day. Holiday pay is counted for the purpose of calculating a team member's overtime hours of work or overtime premiums.

Team members must work or have scheduled paid time off the day before and after a holiday otherwise they are not eligible for holiday pay. Team members who are on a continuous leave of absence are not eligible to receive holiday pay.

Some states have specific laws regarding the observance of or premium pay for certain holidays. For team members working in those states, the Company will comply with applicable state law and may add holidays or designate different holidays to accommodate the requirements of the specific state as reflected in the applicable state supplement.

## Floating Holidays

Some team members are provided a floating holiday each calendar year instead of a set holiday. A team member's floating holiday allotment and pay is based on date of hire, status at the time the team member takes the floating holiday (i.e., part-time or full-time), regularly scheduled work hours and length of service, as discussed in this policy. Floating holidays may be used to celebrate a religious holiday or special occasion that is not formally designated as a company holiday. Floating holidays may not be taken until the floating holiday time has been added to the employee's bank of time, and prior management approval is required.

Floating holiday pay is calculated at the team member's base rate of pay in effect at the time when the floating holiday is taken or paid to the team member upon termination (where pay out at termination is required by law). If a team member works in a location where payout at termination is not required, then the Company will not payout unused floating holidays.

Unused floating holidays may not be carried forward from year to year, unless otherwise required by applicable law. All earned, but unused, floating holidays will be forfeited at the end of the calendar year and upon separation of employment, unless otherwise required by law.

## Vacation or Paid Time Off

The Company provides paid vacation or Paid Time Off (PTO) benefits to its regular full-time team members.

Eligible team members' vacation and or PTO accrual or grant varies by business unit and may change based years of service. Please see the specific schedule for your business unit.

In most cases, vacation or PTO accrues as service is performed. You can confirm the process for your site with your local Human Resources department. Once the maximum accrual or grant amount has been reached, no additional vacation or PTO will accrue or be granted until previously accrued or granted vacation is used. Team members will not be given retroactive credit for any period of time in which they do not accrue vacation or

31

PTO because they were at the maximum. Please contact your local Human Resources representative on how your business unit manages unused vacation or PTO at year end.

Team members should request to schedule vacation or PTO time off as far in advance as possible. Vacations or PTO will be scheduled so as to provide adequate coverage of jobs and staff requirements. The Company will make the final determination in this regard.

Moreover, vacation does not accrue during unpaid leaves of absence or other periods of inactive service.

Based on business needs, vacation or PTO may be taken in less than full day increments for hourly and nonexempt team members and half day increments for exempt team members. Please contact your Human Resources representative on how your business unit manages vacations.

Upon termination of employment, team members will be paid for all vacation or PTO time that has accrued but remains unused through the last day of work. Vacation or PTO will be paid at the team member's regular rate of pay at the time of termination of employment.

## Sick Leave

Please refer to your business unit's Human Resources department to determine if your business unit provides sick pay and how it is managed.

A team member who is unable to report to work because of injury or illness must notify their supervisor or follow the sites established call in procedure prior to the scheduled starting time and should refer to the Attendance and Punctuality section of the Handbook for specific requirements for calling in sick.

For absences of more than three consecutive days due to illness or injury not connected with employment, a certification from a health care provider may be required, unless otherwise prohibited by applicable law. The certification must state that the team member was under the provider's care or treatment for the days in question and that it is the provider's recommendation that the team member remain out of work. A health care provider's certification may also be required in other circumstances.

The Company reserves the right to require a release from the team member's health care provider before the team member returns to work.

When applicable, sick leave taken under this policy may run concurrently with available FMLA and/or state family medical leave.

For team members working in a jurisdiction that has a mandatory sick leave law or a jurisdiction that defines how sick leave may be used or accrued, the Company will comply with all legal requirements, including providing greater or different benefits than those indicated here. In such a situation, the leave the team member is entitled to under the law may run concurrently with the leave provided under this policy, to the extent permissible under applicable law.

32

## Personal Leave

Requests for personal leave will be considered and evaluated on an individual basis. Unpaid leave may be granted for up to 30 days for regular team members who have completed at least 30 days of employment.

Approval or denial of such requests will be entirely at the Company's discretion. In determining the feasibility of granting such requests, factors such as the purpose of requested leave, availability of coverage for job responsibility during the requested leave, previous absences, length of employment, prior work records and performance and similar considerations, will be considered. Such requests must be submitted to Human Resources.

A team member's benefits will typically cease during a personal leave of absence lasting 31 or more days. Consult with Human Resources for more information.

The Company will attempt to return a team member to their former position or a comparable position upon return from personal leave, at our discretion. Given changing business needs, however, no guarantee of reinstatement can be made.

Team members on leave are asked to confirm their return date at least two weeks before they return to work. Any requests for additional leave must be made as soon as possible. team members on leave who do not return as scheduled and fail to request or cannot show good reason why an extension should be granted, will be considered to have been voluntarily terminated their employment as of the day the original leave expired.

## Medical Leave of Absence

Team members who believe they need a medical leave of absence, should contact Human Resources and request one. Determinations regarding whether to grant the leave, the length of leave, continuation of benefits and reinstatement following the leave will be made in accordance with applicable law. Medical certification of the need for leave may be requested. Leave under this policy runs concurrently with leave under all other applicable local, state and federal laws in accordance with applicable law.

## Family and Medical Leave

The Company will grant family and medical leave in accordance with the requirements of applicable federal and state law in effect at the time the leave is granted. Although the federal and state laws sometimes have different names, the Company refers to these types of leaves collectively as "FMLA Leave." In any case, team members will be eligible for the most generous benefits available under applicable law.

### Team Member Eligibility

To be eligible for FMLA Leave benefits, team members must: (1) have worked for the Company for a total of at least 12 months; (2) have worked at least 1,250 hours over the

33

previous 12 months as of the start of the leave; and (3) work at a location where at least 50 team members are employed by the Company within 75 miles, as of the date the leave is requested. Eligibility requirements may differ for team members who have been on a protected military leave of absence. If team members are unsure whether they qualify, they should contact Human Resources.

### Reasons for Leave

Federal and state laws allow FMLA Leave for various reasons. Because team members' legal rights and obligations may vary depending upon the reason for the FMLA Leave, it is important to identify the purpose or reason for the leave. FMLA Leave may be used for one of the following reasons, in addition to any reason covered by an applicable state family/medical leave law:

- The birth, adoption or foster care of a team member's child within 12 months following birth or placement of the child (Bonding Leave);

- To care for an immediate family member (spouse, child, or parent with a serious health condition (Family Care Leave);

- A team member's inability to work because of a serious health condition (Serious Health Condition Leave);

- A "qualifying exigency," as defined under the FMLA, arising from a spouse's, child's, or parent's "covered active duty" (as defined below) as a member of the military reserves, National Guard or Armed Forces (Military Emergency Leave); or

- To care for a spouse, child, parent or next of kin (nearest blood relative) who is a "Covered Servicemember," as defined below (Military Caregiver Leave).

### Definitions

- **"Child"** for purposes of Bonding Leave and Family Care Leave, means a biological, adopted or foster child, a stepchild, a legal ward, or a child of a person standing in loco parentis, who is either under age 18, or age 18 or older and incapable of self-care because of a mental or physical disability at the time that Family and Medical Leave is to commence. "Child," for purposes of Military Emergency Leave and Military Caregiver Leave, means a biological, adopted or foster child, stepchild, legal ward, or a child for whom the person stood in loco parentis, and who is of any age.

- **"Parent"** for purposes of this policy, means a biological, adoptive, step or foster father or mother, or any other individual who stood in loco parentis to the person. This term does not include parents-in-law. For Military Emergency leave taken to provide care to a parent of a deployed military member, the parent must be incapable of self-care as defined by the FMLA.

34

- **"Covered Active Duty"** means (1) in the case of a member of a regular component of the Armed Forces, duty during the deployment of the member with the Armed Forces to a foreign country; and (2) in the case of a member of a reserve component of the Armed Forces, duty during the deployment of the member with the Armed Forces to a foreign country under a call or order to active duty (or notification of an impending call or order to active duty) in support of a contingency operation as defined by applicable law.

- **"Covered Servicemember"** means (1) a member of the Armed Forces, including a member of a reserve component of the Armed Forces, who is undergoing medical treatment, recuperation or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness incurred or aggravated in the line of duty while on active duty that may render the individual medically unfit to perform their military duties, or (2) a person who, during the five (5) years prior to the treatment necessitating the leave, served in the active military, Naval, or Air Service, and who was discharged or released therefrom under conditions other than dishonorable (a "veteran" as defined by the Department of Veteran Affairs), and who has a qualifying injury or illness incurred or aggravated in the line of duty while on active duty that manifested itself before or after the member became a veteran.

- **"Spouse"** means the other person with whom an individual entered into marriage as defined or recognized under state law for purposes of marriage in the state in which the marriage was entered into, or, in the case of a marriage entered into outside of any state, if the marriage is valid in the place where entered into and could have been entered into in at least one State. This includes common law marriage and same sex marriage in places where these marriages are recognized.

- **"Key team member"** means a salaried FMLA-eligible team member who is among the highest paid 10 percent of all the team members employed by the employer within 75 miles of the team member's worksite.

### Length of Leave

The maximum amount of FMLA Leave will be 12 workweeks in any 12-month period when the leave is taken for: (1) Bonding Leave; (2) Family Care Leave; (3) Serious Health Condition Leave; and/or (4) Military Emergency Leave. However, if both spouses work for the Company and are eligible for leave under this policy, the spouses will be limited to a total of 12 workweeks off between the two of them when the leave is for Bonding Leave or to care for a parent using Family Care Leave. The applicable "12-month period" utilized by the Company is a rolling 12-month period measured backward from the date a team member uses FMLA leave, unless required otherwise by state law. Under this method the 12-month period is measured backward from the day the team member uses any FMLA leave.

The maximum amount of FMLA Leave for a team member wishing to take Military Caregiver Leave will be a combined leave total of 26 workweeks in a single 12-month

35

period. A "single 12-month period" begins on the date of the team member's first use of such leave and ends 12 months after that date.

If both spouses work for the Company and are eligible for leave under this policy, the spouses will be limited to a total of 26 workweeks off between the two when the leave is for Military Caregiver Leave only or is for a combination of Military Caregiver Leave, Bonding Leave and/or Family Care Leave taken to care for a parent.

To the extent required by law, some extensions to leave beyond a team member's FMLA entitlement may be granted when the leave is necessitated by a team member's work-related injury or illness or by a "disability" as defined under the Americans with Disabilities Act and/or applicable state or local law. Certain restrictions on these benefits may apply.

## Intermittent or Reduced Schedule Leave

Under some circumstances, team members may take FMLA Leave intermittently, which means taking leave in blocks of time, or by reducing the team member's normal weekly or daily work schedule. A team member may take leave intermittently whenever it is medically necessary to care for a seriously ill family member, or because the team member is seriously ill and unable to work.

Leave taken intermittently may be taken in increments of no less than hourly increments for hourly team members and four-hour increments for salaried team members. Team members who take leave intermittently or on a reduced work schedule basis for a planned medical treatment must make a reasonable effort to schedule the leave so as not to unduly disrupt the Company's operations. Please contact Human Resources prior to scheduling planned medical treatment. If FMLA Leave is taken intermittently or on a reduced schedule basis due to foreseeable planned medical treatment, we may require team members to transfer temporarily to an available alternative position with an equivalent pay rate and benefits, including a part-time position, to better accommodate recurring periods of leave.

If team members have been approved for intermittent leave and they request leave time that is unforeseeable, they must specifically reference either the qualifying reason for leave or the need for FMLA leave at the time they call off.

If a team member's request for intermittent leave is approved, the Company may later require team members to obtain recertification of their need for leave. For example, the Company may request recertification if it receives information that casts doubt on a team member's report that an absence qualifies for FMLA Leave.

## Notice and Certification

### Bonding, Family Care, Serious Health Condition and Military Caregiver Leave Requirements

Team members are required to provide:

36

- When the need for the leave is foreseeable, 30 days advance notice or such notice as is both possible and practical if the leave must begin in less than 30 days (normally this would be the same day the team member becomes aware of the need for leave or the next business day);

- When the need for leave is not foreseeable, notice within the time prescribed by the Company's normal absence reporting policy, unless unusual circumstances prevent compliance, in which case notice is required as soon as is otherwise possible and practical;

- When the leave relates to medical issues, a completed Certification of Health-Care Provider form within 15 calendar days (for Military Caregiver Leave, an invitational travel order or invitational travel authorization may be submitted in lieu of a Certification of Health-Care Provider form);

- Periodic recertification (upon request); and

- Periodic reports during the leave.

Certification forms are available from Human Resources. At our expense, we may require a second or third medical opinion regarding the team member's own serious health condition or the serious health condition of the team member's family member. In some cases, we may require a second or third opinion regarding the injury or illness of a Covered Service Member. team members are expected to cooperate with the Company in obtaining additional medical opinions that we may require.

When leave is for planned medical treatment, team members must try to schedule treatment so as not to unduly disrupt the Company's operation. Please contact Human Resources prior to scheduling planned medical treatment.

## Recertification After Grant of Leave

In addition to the requirements listed above, if a team member's Family and Medical Leave is certified, the Company may later require medical recertification in connection with an absence that the team member reports as qualifying for Family and Medical Leave. For example, the Company may request recertification if (1) the team member requests an extension of leave; (2) the circumstances of the team member's condition as described by the previous certification change significantly (e.g., team member absences deviate from the duration or frequency set forth in the previous certification; team member's condition becomes more severe than indicated in the original certification; team member's encounter complications); or (3) the Company receives information that casts doubt upon the team member's stated reason for the absence. In addition, the Company may request recertification in connection with an absence after six months have passed since the team member's original certification, regardless of the estimated duration of the serious health condition necessitating the need for leave. Any recertification requested by the Company will be at the team member's expense.

37

## Military Emergency Leave Requirements

Team members are required to provide:

- As much advance notice as is reasonable and practicable under the circumstances;

- A copy of the covered military member's active-duty orders when the team member requests leave and/or documentation (such as Rest and Recuperation leave orders) issued by the military setting forth the dates of the military member's leave; and

- A completed Certification of Qualifying Exigency form within 15 calendar days, unless unusual circumstances exist to justify providing the form at a later date.

Certification forms are available from Human Resources.

## Failure to Provide Certification and to Return from Leave

Absent unusual circumstances, failure to comply with these notice and certification requirements may result in a delay or denial of the leave. If a team member fails to return to work at leave's expiration and has not obtained an extension of the leave, the Company may presume that the team member does not plan to return to work and has voluntarily terminated their employment.

## Compensation During Leave

Generally, FMLA Leave is unpaid. However, team members may be eligible to receive benefits through state-sponsored programs or the Company's sponsored wage-replacement benefit programs. Team members may also choose to use accrued vacation and sick leave, to the extent permitted by law and the Company's policy. All payments of wage-replacement benefits and accrued paid leave will be integrated so that team members will receive no greater compensation than their regular compensation during this period. The use of paid benefits will not extend the length of a FMLA Leave.

## Benefits During Leave

The Company will continue making contributions to team member group health benefits during their leave on the same terms as if team members had continued to actively work. This means that if team members want their benefits coverage to continue during their leave, they must also continue to make the same premium payments that they are now required to make for themselves or their dependents. team members taking Bonding Leave, Family Care Leave, Serious Health Condition Leave, and Military Emergency Leave will generally be provided with group health benefits for a 12-workweek period. Team members taking Military Caregiver Leave may be eligible to receive group health benefits coverage for up to a maximum of 26 workweeks. In some instances, the Company may recover premiums it paid on the team member's behalf to maintain health coverage if the team member fails to return to work following a FMLA Leave.

38

The team member's length of service as of the leave will remain intact, but accrued benefits such as vacation and sick leave may not accrue while on an unpaid FMLA Leave.

## Job Reinstatement

Under most circumstances, team members will be reinstated to the same position they held at the time of the leave or to an equivalent position with equivalent pay, benefits, and other terms and conditions of employment. However, team members have no greater right to reinstatement than if they had been continuously employed rather than on leave. For example, if a team member would have been laid off if they had not gone on leave or, if the team member's position was eliminated during the leave, then the team member will not be entitled to reinstatement.

Prior to being allowed to return to work, a team member wishing to return from a Serious Health Condition Leave must submit an acceptable release from a health care provider that certifies the team member can perform the essential functions of the job as those essential functions relate to the team member's serious health condition. For a team member on intermittent FMLA leave, such a release may be required if reasonable safety concerns exist regarding the team member's ability to perform their duties, based on the serious health condition for which the team member took the intermittent leave.

Key team members may be subject to reinstatement limitations in some circumstances. If team members are considered a "key team member," those team members will be notified of the possible limitations on reinstatement at the time the team member requests a leave of absence.

## Confidentiality

Documents relating to medical certifications, recertifications or medical histories of team members or team members' family members will be maintained separately and treated by the Company as confidential medical records, except that in some legally recognized circumstances, the records (or information in them) may be disclosed to supervisors and managers, first aid and safety personnel or government officials.

## Fraudulent Use of FMLA Prohibited

A team member who fraudulently obtains Family and Medical Leave from the Company is not protected by FMLA's job restoration or maintenance of health benefits provisions. In addition, the Company will take all available appropriate disciplinary action against such team member due to such fraud.

## Nondiscrimination

The Company takes its FMLA obligations very seriously and will not interfere, restrain or deny the exercise of any rights provided by the FMLA. We will not terminate or discriminate against any individual for opposing any practice, or because of involvement in any proceeding related to the FMLA. If a team member believes their FMLA rights have been violated in any way, they should immediately report the matter to Human Resources.

39

### Additional Information Regarding FMLA

A Notice to team members of Rights Under FMLA (WHD Publication 1420) is attached to this Handbook.

Team members should contact Human Resources as to any FMLA questions they may have.

### State Law

A number of states have family leave laws that provide leave benefits which exceed those available to team members under the FMLA. Team members should contact Human Resources for additional information.

## Military Leave

Federal law provides team members with the right to take leave in order to serve in the military. At the federal level, military leave rights are governed by the Uniformed Services Employment and Reemployment Rights Act, commonly referred to as USERRA. This policy discusses military leave under USERRA.

State laws may also provide a team member with rights to take military leave. If the team member works in a state that provides rights in addition to those provided under USERRA, the Company will provide those rights. If a team member plans to request leave based on military service, they should contact Human Resources for information on any additional rights or requirements, if applicable, under state law.

### Eligibility for Leave

The Company provides unpaid military leaves of absence to team members who serve in the uniformed services as required by USERRA and applicable state laws. The uniformed services are defined as the Army, Navy, Marine Corps, Air Force, Coast Guard, Army National Guard, Air National Guard, Commissioned Corps of the Public Health Service and any other category of persons designated by the President of the United States in time of war or national emergency. The uniformed services also include participants in the National Disaster Medical System when activated to provide assistance in response to a public health emergency, to be present for a short period of time when there is a risk of a public health emergency, or when they are participants in authorized training.

Service consists of performing any of the following on a voluntary or involuntary basis: active duty, active duty for training, initial active duty, inactive duty training, full time National Guard duty, State active duty for a period of 14 days or more, State active duty in response to a national emergency declared by the President under the National Emergencies Act or in support of a major disaster declared by the President under Section 401 of the Stafford Act, absence from work for an examination to determine fitness for such duty, and absence for performing funeral honors duty. For purposes of this policy "State active duty" means training or other duty, other than inactive duty, performed by a member of the National Guard of a State, under the authority of the Governor of a State.

40

It does not include duty performed under federal authority (such as Title 10 or Title 32), nor duty for which the National Guard member is entitled to pay from the Federal Government. A "State" includes the several states of the United States, the District of Columbia, Puerto Rico, Guam, the Virgin Islands and other U.S. territories. Total military leave time may not exceed five years during employment, except in certain, defined circumstances.

## Notice of Leave

Advance notice of leave is required, preferably in writing, unless giving of notice is impossible or unreasonable, or notice is prohibited by military necessity (which is defined by the United States Department of Defense). When notice is required, team members must provide their supervisor with as much advance notice as possible of any anticipated leave of absence for military service.

## Compensation and Benefits During Leave

Accrued, unused vacation or PTO will be paid during military leave at the team member's request. After 30 days of continuous military leave, team members may elect to continue their health plan coverage at their own expense, for up to 24 months or during the remaining period of service, whichever is shorter.

## Reinstatement

In order to be eligible for reinstatement, a team member must have provided advance notice of the need for military leave (where required) and have completed service on a basis that is not dishonorable or otherwise prohibited under USERRA.

Team members whose military service will be for fewer than 31 days must report to back to work at the beginning of the first full, regularly scheduled work day following completion of service, after allowing for a period of safe travel home and eight hours of rest.

Team members whose military service will be for more than 30 days, but fewer than 181 days must apply for re-employment within 14 days after completing service.

Team members whose service is greater than 180 days must apply for re-employment within 90 days after completing service.

As with other leaves of absence, failure to return to work or to reapply within applicable time limits may result in loss of reemployment rights. Full details regarding reinstatement are available from Human Resources.

In general, a team member returning from military leave will be re-employed in the position and seniority level that the team member would have attained had there been no military leave of absence. If necessary, the Company will provide training to assist the team member in the transition back to the workforce.

41

Vacation benefits do not continue to accrue during a military leave of absence. A team member returning from military leave is entitled to any unused, accrued vacation benefits the team member had at the time the military leave began minus any vacation benefits the team member chose to use during the leave. Upon reinstatement, the team member will begin to accrue vacation benefits at the rate they would have attained if no military leave had been taken.

## Jury and Witness Duty Leave

We encourage team members to serve on jury or witness duty when called. Team members must notify their supervisor of the need for time off for jury or witness duty upon receipt of a subpoena, notice or summons from the court. Time off for jury or witness duty will be paid for up to two weeks. Exempt team members will not incur any reduction in pay for a partial week of absence due to jury or witness duty. The Company will comply with all state laws regarding pay for jury leave.

Team members may be required to provide verification of jury duty or witness service from the court clerk. Any team member on jury or witness duty is expected to return to work for the remainder of the work schedule when dismissed from jury or witness duty before their shift is half over.

## Time Off to Vote

The Company encourages all team members to fulfill their civic responsibilities and to vote in official public elections. Generally, working hours are such that a team member will have ample time to cast a vote before or after the work shift. If team members do not have sufficient time to vote, however, that team member should discuss the matter with Human Resources. The Company will comply with all applicable state and municipal voting time laws.

## Bereavement Leave

Team members may take up to three days of paid time off to attend the funeral and make any necessary arrangements due to the death of an immediate family member, except where allowed additional time off for bereavement under applicable state law. "Immediate family" consists of the team member's mother, father, husband, wife, sister, brother, child, grandfather, grandmother, current mother-in-law, father-in-law, sister-in-law, brother-in-law, and son/daughter-in-law, grandchild, stepchild, stepparent, aunt uncle, niece, or nephew. Team members may take one day paid time off to attend a funeral for death of a family member not included above. Bereavement pay is not granted if a team member is on a leave of absence or is already being compensated for the same time by reason of holiday or vacation. The company reserves the right to request documentation.

All regular full-time team members working a minimum of 24 hours per week are eligible for bereavement leave.

Team members must notify their supervisor and Human Resources as soon as possible if they need to take bereavement leave. Any team member may, with supervisor approval, use any available paid leave for additional time off beyond three days as necessary. Requests for any additional time off would need to be approved by Human Resources.

## Other Leaves of Absence

Many states require employers to provide their team members with additional leaves of absence, such as pregnancy disability leave, bone marrow donation leave, and school activities leave. Please check the applicable state supplement to this Handbook for additional information and contact Human Resources with any questions.

# WORKPLACE SAFETY AND SECURITY

## Workplace Violence

The safety and security of team members is of vital importance to the Company. Therefore, the Company has adopted a zero-tolerance policy concerning workplace violence. Threats or acts of violence including intimidation, bullying, physical or mental abuse and/or coercion that involve or affect company team members or that occur on the Company's premises, will not be tolerated.

The prohibition against threats and acts of violence applies to all persons involved in the operation of the Company, including, but not limited to, Company team members and other personnel, contract and temporary workers, consultants, contractors, customers, vendors, visitors and anyone else on the Company's premises.

Violations of this policy by a team member will result in disciplinary action, up to and including termination from employment.

It is our goal to have a workplace free from acts or threats of violence and to respond effectively in the event that such acts or threats of violence do occur.

Workplace violence is any intentional conduct that is sufficiently severe, abusive or intimidating to cause an individual to reasonably fear for their own personal safety or the safety of their family, friends and/or property such that employment conditions are altered or a hostile, abusive or intimidating work environment is created for one or several team members.

Examples of workplace violence include, but are not limited to:

- Threats or acts of violence occurring on Company premises, regardless of the relationship between the parties involved in the incident;

- Threats or acts of violence occurring off Company premises involving someone who is acting in the capacity of a representative of the Company;

43

- Threats or acts of violence occurring off Company premises involving a team member if the threats or acts affect the business interests of the Company;

- All threats or acts of violence occurring off Company premises, of which a team member is a victim, if we determine that the incident may lead to an incident of violence on Company premises; and

- Threats or acts of violence resulting in the conviction of a team member or agent of the Company, or an individual performing services for the Company on a contract or temporary basis, under any criminal code provision relating to violence or threats of violence when that act or the conviction adversely affect the legitimate business interests of the Company.

Examples of conduct that may be considered threats or acts of violence under this policy include, but are not limited to:

- Threatening physical contact directed toward another individual;

- Threatening an individual or the individual's family, friends, associates or property with harm;

- The intentional destruction or threat of destruction of the Company or another's property;

- Menacing or threatening phone calls;

- Stalking;

- Veiled threats of physical harm or similar intimidation; and/or

- Communicating an endorsement of the inappropriate use of firearms or weapons.

Workplace violence does not refer to workplace arguments or debates that are zealous or impassioned, provided there is no resort to any form of coercion. Discussions about sporting activities, popular entertainment or current events are not considered workplace violence when there is no threat of violence being directed to the workplace or any individual connected with it. Rather, workplace violence refers to behavior that demonstrates an intention to engage in violence, condones violence in our workplace, or targets any individual with acts or threats of violence.

Team members should help maintain a violence-free workplace. To that end, team members are encouraged to immediately report any incident that violates this policy to a supervisor, manager or Human Resources.

No provision of this policy statement or any other provision in this policy alters the at-will nature of employment with the Company. We will make the sole determination of whether and to what extent, threats or acts of violence will be acted upon by the Company. In making this determination we may undertake a case-by-case analysis in order to

44

ascertain whether there is a reasonable basis to believe that workplace violence has occurred.

## Weapons in the Workplace

The Company strictly prohibits team members, or any other person providing services to the Company or located on the Company's premises, from possessing weapons of any kind at the workplace. The workplace includes any property owned or leased by the Company or occupied by groups of company team members or persons providing services to the Company. Unless this prohibition is contrary to state or local law, the workplace specifically includes company parking areas. Team members are not permitted to transport or store weapons in vehicles owned or leased by the Company and used by the team member for work purposes. This policy prohibits the possession of concealed weapons as well as weapons carried openly.

This prohibition specifically includes guns, rifles and firearms of any type, including those for which the holder has a legal permit. Other examples of prohibited weapons include, but are not limited to, knives, ammunition, bombs, bows and arrows, clubs, slingshots, blackjacks, metal knuckles and similar devices that by their design or intended use are capable of inflicting serious bodily injury or lethal force.

## Workplace Bullying

The Company does not tolerate bullying behavior. Individuals who engage in workplace bullying may be disciplined, up to and including termination of employment.

Workplace bullying is the use of force, threats or coercion to abuse, intimidate, or humiliate another team member. Workplace bullying includes, but certainly is not limited to, the following:

- Verbal abuse, such as the use of patently offensive, demeaning and harmful derogatory remarks, insults and epithets;

- Verbal or physical conduct that is threatening, intimidating or obscene;

- Pushing, shoving, kicking, poking, tripping, assaulting, or threatening physical assault, or intentionally damaging a person's work area or property; or

- Sabotage, or deliberately subverting, obstructing or disrupting another person's work performance.

Cyberbullying refers to bullying, as defined above that occurs through the use of a computer, cell phone, smartphone, tablet, pager or other device that transmits electronic information, regardless of whether the device is owned by or located at the Company or connected to the Company network. Cyberbullying is also prohibited.

45

This policy in no way prohibits team members from engaging in activities that are protected under applicable state and federal laws, including but not limited to any activity that is protected under Section 7 of the National Labor Relations Act, which includes the right of team members to speak with others, engage in workplace debates and protest about their terms and conditions of employment.

### Reporting and Response

Team members who are subject to, or witness, workplace bullying are encouraged to notify Human Resources immediately. The Company will promptly investigate the complaint. The Company will maintain confidentiality to the extent possible, consistent with its commitment to investigating the complaint promptly and thoroughly.

If the complaint is verified, the Company will take appropriate remedial and disciplinary action, which may include, but is not limited to, verbal or written warnings, suspension, termination of employment, counseling and other actions. The Company will also report to law enforcement, if appropriate. The complaining party will be advised of the results of the investigation.

### Anti-Retaliation

The Company strictly prohibits retaliation against a team member for making a good faith claim of bullying or for participating in good faith in an investigation of bullying.

## Work-Related Injuries or Near-Miss Incidents

A team member who has a near miss-incident or sustains a work-related injury or illness should inform their supervisor immediately. No matter how minor a near-miss incident or an on-the-job injury may appear, it is important that it be reported immediately.

Team members who sustain work-related injuries may receive workers' compensation benefits. See the Company's Workers' Compensation Insurance policy for more information. Team members who need to take time off from work due to a workers' compensation illness or injury may also be eligible for a leave of absence under the Company's leaves of absence or reasonable accommodation policies. Team members should consult with Human Resources or Environmental, Health & Safety for additional information.

## Tobacco-Free Workplace

The Company provides a work environment that is tobacco-free. Smoking and the use of all tobacco-related products, including but not limited to, smoking, the use of chewing tobacco and the use of e-cigarettes is strictly prohibited inside the building and is restricted to designated areas. Team members who observe other individuals using tobacco in the workplace have a right to object and should report the violation to their supervisor or to another member of management. Team members will not be disciplined or retaliated against for reporting the use tobacco in a manner that violates this policy.

Team members that violate this policy or who tamper with "no smoking" or "no tobacco" signs may be subject to disciplinary action up to and including termination.

## Emergency Evacuation

In the event of a fire, the emergency fire alarm system should be activated by pulling one of the fire alarms or similar warning mechanism. The source of a potential fire or hazardous material emergency should not be investigated. Any team member who suspects an emergency should report it immediately. In any emergency, reporting is the first essential step to protecting oneself and others.

When the emergency fire alarm system or similar warning mechanism is activated, all team members and visitors are expected to evacuate the building by exiting in an orderly manner through the nearest exit.

When exiting, team members should not use elevators and should descend stairwells in an orderly manner. After exiting, team members should report to the area away from the building exits designated as the meeting location. Once team members arrive at the designated area, they should immediately report to their supervisor and remain at that location until accounted for and authorized to leave.

No reentry to the building will be permitted until an official all-clear notification is given.

Team members should review this policy and the evacuation procedures and notify Human Resources if they believe they might require an accommodation or assistance in order to comply with these procedures in the event of an emergency.

## Drug-Free Workplace

The Company strives to provide a safe environment for team members and others and to minimize the risk of accidents and injuries. Accordingly, each team member has a responsibility to co-workers and the public to deliver services in a safe and conscientious manner. Continuing research and practical experience have proven that even limited quantities of illegal drugs, abused prescription drugs or alcohol can impair reflexes and judgment. This impairment, even when not readily apparent, can have catastrophic consequences. Moreover, studies have shown that impairment by controlled substances may last long after the user believes the effects to have worn off. For these reasons, the Company has adopted a policy that all team members must report to work and remain completely free of illegal drugs, abused or nonprescribed prescription drugs and alcohol.

### Drug Use/Distribution/Possession/Impairment

The Company strictly prohibits the use, sale, attempted sale, conveyance, distribution, manufacture, purchase, attempted purchase, possession, cultivation and/or transfer of illegal drugs or other unlawful intoxicants at any time, and in any amount or any manner, regardless of occasion. "Illegal drugs" means all drugs whose use or possession is regulated or prohibited by federal, state or local law. These include prescription

47

medication that is used in a manner inconsistent with the prescription or for which the individual does not have a valid prescription. While we do not conduct pre-employment tests for marijuana, the presence of marijuana in a post-accident or probable cause test could be grounds for termination. The Company will accommodate individuals who are medically certified to use marijuana by their home state where required to do so by law, but in no case may a team member use or possess marijuana or marijuana products at work or during work time or work while impaired.

Team members are also prohibited from having any such illegal or unauthorized controlled substances in their system while at work.

Included within this prohibition are lawful controlled substances that have been illegally or improperly obtained.

## Alcohol Use/Distribution/Possession/Impairment

All team members are prohibited from distributing, dispensing, possessing or using any beverage or medicine containing alcohol while at work or on duty and from coming onto company premises, reporting to work, or working with alcohol in their systems. Furthermore, lawful off-duty alcohol use, while generally not prohibited by this policy, must not interfere with a team member's job performance.

## Prescription and Over-the-Counter Drugs

This policy does not prohibit the possession and proper use of lawfully prescribed or over-the-counter drugs. However, a team member taking medication should consult with a health care professional or review dosing directions for information about the medication's effect on the team member's ability to work safely, and promptly disclose any work restrictions to a supervisor or Human Resources. Team members are not required to reveal the name of the medication or the underlying medical condition.

The Company reserves the right to transfer, reassign, place on leave of absence or take other appropriate action regarding any team member during the time the team member uses medication that may affect their ability to perform safely. The Company will comply with all requirements pertaining to providing reasonable accommodations to the extent required by applicable law.

Marijuana remains illegal as a matter of federal law and therefore its use or possession violates this policy. The Company will endeavor to accommodate individuals with disabilities but will not accommodate the use of medical marijuana at work or excuse other policy violations related to medical marijuana.

## Counseling and Rehabilitation

Team members who voluntarily seek help for substance abuse (self-referral) by contacting the Company will be provided an opportunity to pursue counseling and rehabilitation. The Company will make available to these team members information about counseling and rehabilitation services. A team member who is receiving counseling

48

and/or treatment for substance abuse may use available vacation, sick leave, or, if eligible, family and medical leave. Health insurance often covers the costs of such services, but costs not covered must be paid by the team member. The team member cannot return to work until released by a treatment provider to do so, and upon receiving a negative result on a return-to-work drug and/or alcohol test (as appropriate for that individual). In addition, the team member may be asked to submit to follow-up testing for a period following the return to work.

A team member's decision to seek help voluntarily will not be used as a basis for disciplinary action, although the individual may be transferred, given work restrictions or placed on leave, as appropriate. A request for help is considered voluntary only if it is made before the team member is asked to submit to any drug or alcohol test or is discovered to have otherwise violated this policy.

## Company's Right to Search

The Company wishes to maintain a work environment that is free of illegal drugs, alcohol, firearms, explosives or other improper materials. To this end, the Company prohibits the control, possession, transfer, sale or use of such materials on its premises to the extent permitted by applicable law. We require the cooperation of all team members in administering this policy.

Desks, lockers and other storage devices are provided for the convenience of team members but remain the sole property of the Company. Accordingly, they, as well as any articles found within them, can be inspected by any agent or representative of the Company at any time, either with or without prior notice.

In addition, to ensure the safety and security of team members and customers, and to protect our legitimate business interests, we reserve the right to question and inspect or search any team member or other individual entering or leaving company premises or job sites. The inspection or search may include any packages or items that the individual may be carrying, including briefcases, handbags, knapsacks, shopping bags, et cetera. If a non-exempt team member is present during any search or inspection, the team member must report the time spent during the search or inspection as working time.

These items are subject to inspection and search at any time, with or without prior notice. We also may require team members to agree to reasonable inspection of their personal property and/or person while on the job or on the Company's premises. The individual may be requested to self-inspect their personal property or person by displaying the contents of any packages and/or turning out their pockets, etc., in the presence of a representative of the Company, typically a management team member of the same gender. The Company will not tolerate any team member's refusal to submit to a search.

49

## Cameras and Video Surveillance

For purposes of workplace safety and security and to prevent theft and other misconduct the Company has installed video surveillance cameras in various areas inside and outside facilities.

If there is any reported incident of theft, trespass, workplace violence, team member misconduct or any type of safety violation (hereafter collectively referred to as "security incidents"), the Company will utilize its surveillance equipment as an investigatory tool. The Company will also make use of its surveillance equipment to deter any future security incidents.

The Company also reserves the right to actively monitor, through its surveillance cameras, any areas for safety reasons (to protect against equipment failure, breakage, or accident) or confidentiality reasons (to protect documents or other proprietary information).

Although the video surveillance described in this policy is intended to monitor for security incidents and other safety reasons at the Company, it is possible that such surveillance may monitor activities not related to the Company's business.

The Company respects the privacy of its team members. Accordingly, no video cameras will be installed in the Company's restrooms or in any lactation or changing areas.

The surveillance video cameras and any video footage from the surveillance are to be used solely for the purposes of this video surveillance policy. Any unauthorized use of these video cameras and/or videotapes is strictly forbidden and may result in discipline, up to and including termination of employment.

## Visitors

Restricting access to Company premises helps maintain safety standards, protect against theft, ensure security of equipment, protect confidential information, safeguard team member welfare, and avoid potential distractions and disturbances. For this reason, only authorized visitors are allowed in the workplace and all authorized visitors, including friends, family and former associates, must register with the site's designated contact (e.g., front desk, reception, Human Resources). All visitors must be escorted at all times by a Company team member.

Team members being visited are responsible for the actions of their guest(s). Should a guest of a team member act in such a manner that disrupts the normal working conditions of the Company or threatens the security of the Company and/or its team members, the team member accompanying the guest may be held responsible for the guest's actions and subject to disciplinary action up to and including termination of employment.

The Company reserves the right to verify the contents of packages and briefcases brought onto company premises by visitors.

Unless otherwise stated, violation of these policies will result in disciplinary action, including and possibly up to termination and/or legal action. (see the Policy Violations section for complete details).

## General

The Company provides team members and staff with PCs, printers, and other computer equipment as necessary to perform their job. In general, equipment is selected on the basis of its suitability for purpose, not by its age or version number. Team members should not expect the latest hardware or software releases to be provided unless there is a business reason to do so.

The Company encourages the use of email, voicemail, online services, the Internet, and intranet because they can make communication more efficient and effective. In addition, they can provide valuable sources of information about vendors, customers, technology, and new products and services.

Everyone connected with the organization, however, should remember that electronic media and services provided by the company are company property and their purpose is to facilitate and support company business.

Data stored or accessed on company equipment, regardless of origin, purpose or design should also be considered to be within, at least, company purview, oversight and audit rights. The company reserves the right to access data, of any sort, stored or located on company provided equipment.

## Email/Communications

All team members and staff who are supplied with a company email address will also be provided the means to access their account. Team members' use of the company supplied email system must be in compliance with the company email policy. Only the company provided email should be used for any communications with other team members, and external business partners.

All non-company email services, such as Gmail, Hotmail, Yahoo!, etc. are never to be used for Company purposes. The use of third-party email services will not be allowed on company devices, and if a third-party email service must be utilized, it must be approved by an authorized Company or Business Unit (BU) executive and will be provisioned and under direct supervision of the corresponding IT department.

Electronic media (email, web browsers, etc.) must not be used for knowingly transmitting, retrieving, or storing any communication that:

- Is discriminatory

- Is harassing or threatening

- Is derogatory to any individual or group

52

- Is obscene or pornographic

- Contains unlawful content or that violates Company policy or business interests.

- Contains unencrypted Protect Health Information (PHI)

The transmission of usernames, passwords, Wi-Fi keys, or other information required for access to Company systems or computers is not permitted.

Team members should avoid sending unnecessary informational emails to all team members or large parts or large parts of the organization. However, we do recognize the occasional need for business wide emails. These will be strictly monitored and governed. Company-wide emails are never to be used for solicitation purposes. Common area bulletin boards should be used for any approved solicitation messages (items for sale, for example).

All emails are archived in a searchable database and will be retained for two years or longer if a legal hold is requested on a team member or group of team members due to litigation, or a special request by Human Resources or Legal.

## External Email and Participation in Online Forums or Social Media Sites

Team members should be aware that any messages or information sent using the company systems are statements identifiable and attributable to the company. Thus, an email carries the same weight in law as a letter written on headed company paper.

Team members should note that even with a disclaimer, a connection with the company still exists and a statement could be imputed legally to the Company. Therefore, no one should rely on disclaimers as a way of insulating the Company from the comments and opinions that are contributed to forums or communicated in emails. Instead, discussions must be limited to matters of fact and expressions of opinion should be avoided while using company systems or a company-provided account.

Communications posted on online forums, including social media posts must not reveal information about company processes, techniques, trade secrets, or confidential information and must not otherwise violate this or other company policies.

Per the Company's Confidential Data Policy, team members should not send file attachments that contain confidential information by email without encrypting or password protecting the attachments. In situations where there is any potential for the compromise of proprietary company secrets, passwords for the files should be sent using a separate communication method (i.e., text message) or at a minimum, a separate email. Be aware, files from many word-processing packages, including Microsoft Word, retain information relating to previous versions of the document that can later be retrieved.

53

### Electronic Calendars and Voicemail

It is Company policy that all team members keep their electronic calendars up to date (using Microsoft Outlook, Outlook Web Access, or approved software) and that calendars can be read by supervisors. Where a meeting or event needs to be kept confidential it should be marked as 'private' with the appropriate program functionality.

It is Company policy that all team members with voicemail keep their pre-recorded greetings up to date. In particular, during periods of absence from the office, the voicemail greeting should provide the caller with information indicating when the team member will receive a message and information about an alternative contact.

### Software Licenses

It is policy that only licensed software that is legally owned by the company may be used. Any use of unlicensed software is forbidden.

In order to implement this policy, Company maintains a central register containing all the physical licenses for the software installed on its computers. Where no physical manifestation of a license exists, a written record of the license purchased is kept with a reference to the relevant invoice. It is the responsibility of the IT support organization to maintain this license repository.

Free or shareware programs should not be installed on company computers due to the risk of virus infection and other side effects. When approved by the IT Department to be installed, the software is only exempt from the central license recording provided that the software clearly identifies itself as free.

### Standard Configuration

Standard hardware and software configurations are used to provide the best possible levels of reliability for the company network and computers. Other benefits of the standard configurations include the rapid replacement of faulty equipment with spare parts, the tracking of software licenses (as described in the preceding section) and the ability to plan for the implementation of new projects.

The configuration of company computers should not be changed in any way without the prior approval of the IT department. In particular, new hardware devices, new software and upgrades to existing software should only be installed under the guidance of the IT department.

### Physical Security

Per the Company's Mobile Device Policy, team members issued portable (laptop, tablet) computers or mobile devices must take reasonable precautions in regard to handling and care. When out of the office, the device should always be under direct control of the team member or out of sight in a secure location. Lost or stolen equipment must be reported immediately to Company, local police, and to the BU IT department so that appropriate

54

security mitigation efforts can be performed. Company may also take other security measures including, but not limited to, computer tracking hardware/software, security cables, and/or hard drive encryption.

## Data Security

All team members are assigned a network username and password when joining the company per the company's network access and password policies. The network will force team members to change their password at regular intervals. The IT department on a periodic basis will review the interval for changes in frequency. The IT department is responsible for setting the minimum password length and complexity requirements per the company password policy.

Team members must not:

- Allow anyone else to use his or her user ID/token and password on any Company IT system.

- Leave their user accounts logged in at an unattended and unlocked computer.

- Use someone else's user ID and password to access Company IT systems.

- Leave their password unprotected (for example writing it down).

- Perform any unauthorized changes to Company IT systems or information.

- Attempt to access data that they are not authorized to use or access.

- Exceed the limits of their authorization or specific business need to interrogate the system or data.

- Connect any non-Company authorized device to the Company network or IT systems.

- Store Company data on any non-authorized Company equipment or device.

- Give or transfer Company data or software to any person or organization outside Company without the authority of the appropriate responsible Company executive.

## Privacy

The Company keeps detailed electronic records about your use of the PC, the network, email, and Internet. While these records are automatically maintained, the company does not routinely review them.

The logs for most electronic activities, will typically be used for the following purposes:

- cost analysis

55

- resource allocation

- optimum technical management of information resources

- detecting patterns of use that indicate users may be violating company policies or engaging in illegal activity.

The Company reserves the right, at its discretion, to review any electronic files, logs, and messages to the extent necessary to ensure electronic media and services are being used in compliance with the law, this policy and other company policies. This includes the use of spot checks on Internet (Web) use, network files and email without prior notification or user interaction.

Software tools to identify possible breaches of this policy (e.g., highlighting access to websites with unacceptable content or emails containing abusive language) may be used. The results will be reported to the company management and thoroughly investigated where appropriate.

It should not be assumed that internal or external electronic communications are private. Therefore, do not use the company network for personal use in transmitting any private information that you would not want to be shared with the company.

## Encryption

Only encryption software supplied by the IT department for purposes of safeguarding sensitive or confidential business information may be used. People who use encryption on files stored on a company computer must provide their manager with a sealed hard copy record (to be retained in a secure location) of all of the passwords and/or encryption keys necessary to access the files.

Power-on passwords lock screen codes, or the like, should not be used but if they are, a copy of the password must be given to the IT department.

Please note, this means that team members must inform their supervisor of any passwords used to protect individual documents.

## File Storage

The IT department creates backup images of all server and company network file stores. These images are stored in a secure location and can be used in the event of:

- accidental deletion of important material

- a 'disaster' necessitating complete recovery of one or more of the company's systems.

Data and other files created during the course of a team member's work should, therefore, be stored on the network. While the company does encourage the use of Microsoft

56

OneDrive, backups of files stored here are the team member's responsibility. emails are not backed up. However, deleted emails may continue to be maintained if there is an executive or legal request for a specific team member or a company position to have an email account placed on a delete hold (i.e., legal hold).

## Personal Use

Computers and associated equipment are provided by the Company for team members' and staff's business use. Limited, occasional, or incidental use for personal, non-business purposes is understandable.

However, use of company provided computers for access of email by team members for personal, non-business purposes is not acceptable, unless provisionally granted on a per-case basis by Human Resources and/or Information Technology for limited, occasional, or incidental use. Access to personal emails is allowed on company provided mobile phones and should be accessed on a limited basis during normal working hours.

Use of social networking sites (e.g., Facebook, Instagram, Twitter, etc.) at any time using company provided computers is strictly forbidden, unless it is for company purposes and/or business. Human Resources and/or Information Technology will review this on a per-case basis for limited, occasional, or incidental use. Access to non-business-related social networking sites is allowed on company provided mobile phones but should not be accessed during normal working hours.

Personal laptops, mobile phones, and other internet enabled items are permitted to be used; however, reasonable restrictions of use may be exercised at Human Resources and/or Information Technology discretion. The Company does not provide internet access for public/private use, except on an approved device/user basis.

The Company typically does provide a freely accessible public Wi-Fi connection that may be utilized by guests, but the Company absolves itself of any and all damage, liability, etc. that arises from the use of third-party networks. The Company team members should not utilize this guest network with company-supplied devices and must use the corporate network. If a team member chooses to utilize the guest network for personal reasons, they should do so primarily during their break, lunch, or after-hours so as not to impact their ability to complete job duties during working time.

Users of the guest network must also understand that their activity is being monitored and/or limited.

Streaming audio or video on either the corporate network or the guest network is prohibited except for approved training and/or the occasional third-party presentations unless approved by Company/BU executive management and corresponding Information Technology department.

57

## Contract and Freelance Staff

The Company will provide agency/temporary/contract/freelance staff with access to computers and the company computer systems for the sole purpose of fulfilling their contractual role with the Company. No personal use by these staff of the computer and communication facilities provided by the Company is permitted at any time, without exception, and they are bound to follow the same policies and procedures as the Company team members.

### Games

The use of games is not permitted. Team members may not install games or play any internet games at work or during working time.

### Viruses/Spyware

All computer viruses/spyware must be reported immediately to the Information Technology support group per the company incident response policy. The Information Technology support group is responsible for updating virus/spyware detection software from time to time and providing detailed guidelines in the event of a major problem. The Information Technology support group will also investigate any infection and must receive the full co- operation of all staff in attempting to identify the source. Any attempt to introduce viruses/spyware to the network through malice or negligence will be thoroughly investigated and will be dealt with according to HR guidelines and procedures. Team members must not remove or disable anti-virus software or attempt to remove virus-infected files or clean up an infection, other than as directed by the Information Technology department using approved Company anti-virus software and procedures.

### Policy Violations

Team members who abuse this Acceptable Use and Electronic Communications policy are subject to disciplinary action, up to and including termination of employment, and risk having privileges removed for themselves and other team members. Some violations are punishable by law and those found violating any federal or state laws including but not limited to acts that may result in being personal liabilities in either civil and/or criminal court. Company offers no personal legal shelter from such acts.

## Driving for Company Business

The Company provides company-owned vehicles for approved selected team members to drive on company-designated business. The Company will also reimburse these team members for business use of personal vehicles in accordance with this policy and the Business Travel and Reimbursement section of the Handbook.

All team members are expected to comply with all local, state, and federal laws while operating company vehicles and other equipment or driving a personal vehicle for business purposes. All team members are expected to have automotive insurance that provides coverage while driving a vehicle. Any moving or traffic related violations incurred

by the team member while driving on behalf of the Company will be the sole responsibility of the team member, unless otherwise impermissible by state law. The Company may discipline team members who engage in unlawful conduct. For example, team members who are assigned to drive a company-owned vehicle or otherwise required to drive as part of their job duties are required to have and maintain a valid driver's license, wear seat belts, and travel at a safe speed. The improper, careless, negligent, destructive, or unsafe use or operation of equipment or vehicles, as well as excessive or avoidable traffic and parking violations, can result in disciplinary action, up to and including termination of employment.

Team members are to use their company-owned vehicle for work-related purposes only, but may run incidental, personal errands during their commute to and from work or during their meal break. This commuting and meal break time is the team member's time. Team members are not allowed to use company vehicles outside of normal work hours unless specifically authorized by senior management. Team members who have been assigned company-owned vehicles may use these vehicles for personal use, providing that all gasoline and oil consumed for personal use is paid for by the team member.

Company vehicles are to be driven by authorized team members only, except in the case of repair testing by a mechanic. Any accidents in company vehicles or while driving on company business, regardless of severity, must be reported immediately to the police and to the team member's supervisor, Human Resources and Environmental, Health and Safety. Failing to stop after an accident and/or failure to report an accident may result in disciplinary action up to and including termination of employment.

Drivers are responsible for the security of company vehicles assigned to them. The vehicle engine must be shut off, ignition keys removed, and vehicle doors locked whenever the vehicle is left unattended.

## Cell Phone Use/Texting While Driving

Team members whose job responsibilities include regular or occasional driving and who are issued a company cellular telephone or use their personal cellular telephone for business-related work are expected to put safety first. Therefore, personal and company-supplied cellular telephones are not to be used while driving unless they are in hands-free mode.

Team members may not send or review text messages while driving as part of their job responsibilities. The purpose of this policy is to ensure the safety of team members, other motorists and company property. Team members who are charged with traffic violations, or cause accidents or injuries, resulting from their use of personal or company-issued cellular telephones while driving will be solely responsible for all liabilities, fines, etc., that result, to the extent permissible under the law.

Team members whose job responsibilities do not specifically include driving as an essential function, but who are issued a company-provided cellular telephone for

59

business use or who use their personal cellular telephone for business use, are also expected to abide by the provisions of this policy.

## Inclement Weather/Facility Closing

This policy establishes procedures to close or delay the opening of the Company due to hazardous or severe weather conditions, as well as procedures for notifying team members of a closure or delay.

The head of Operations and Human Resources are authorized to decide to close the Company due to hazardous or severe weather. When hazardous or severe weather conditions occur outside of regular business hours, the Company will make reasonable efforts to notify team members in advance of the closure.

The Company will notify team members of any delay or closure in the following ways voicemail, text message, email and or local radio station.

When hazardous or severe weather occurs during the day, the head of Operations and Human Resources will decide whether to close early. In the event that the Company closes early due to hazardous or severe weather, nonexempt team members will be paid for all hours worked and will otherwise be paid in accordance with applicable federal and state law. For hours not worked and not otherwise compensable, nonexempt team members may be able to use available paid time off. Exempt team members who report to work but are sent home early due to hazardous or severe weather will receive pay for a normal working day.

When the Company is open, but a team member is unable to report to work because of hazardous or severe weather, the team member should report any delay or absence to per their business unit call-in process and do so at the earliest possible time. Team members may be able to use accrued vacation time or paid time off on days when the Company is open, but the team member does not report to work because of inclement weather. For team members that do not have vacation available, nonexempt team members will be paid only for time worked and exempt team members can work from home, otherwise they will not be paid for full-day absences due to inclement weather. If the office remains open, team members must make a reasonable effort to report to work as scheduled.

Team members should not take unnecessary risks to report to work in unsafe conditions.

## No Solicitation/Distribution of Literature

The Company has established the following rules applicable to all team members and non-team members that govern solicitation, distribution of written material and access to Company property:

- Team members may engage in solicitation activities only during nonworking times. No team member may engage in solicitation during their own working time or

60

during the working time of the team member or the team members at whom such activity is directed;

- Team members may distribute or circulate any written or printed material only in non-work areas, during nonworking times. No team member may distribute or circulate any written or printed material in work areas at any time, or during their own working time or the working time of the team member or team members at whom such activity is directed;

- Non-team members are not permitted to solicit or to distribute written material for any purpose on Company property; and

- Off-duty team members are not permitted in work areas.

- Strict compliance with these rules is required.

As used in this policy, "working time" includes all time for which a team member is paid and or is scheduled to be performing services for the Company; it does not include break periods, meal periods, or periods in which a team member is not performing and is not scheduled to be performing services or work for the Company.

# TEAM MEMBER BENEFITS

## Benefits Overview

Benefit plans offered by the Company, are defined in legal documents such as insurance contracts and summary plan descriptions. If team members are offered benefits, and if a question arises about the nature and extent of plan benefits or if there is a conflict in language, the formal language of the Plan documents govern, not the informal wording of this Handbook. Plan documents, if applicable, are available for your inspection. The Company and its designated benefit-plan administrators reserve the right to determine eligibility, interpretation and administration of issues related to benefits offered by the Company.

Employment benefits vary according to the position and status of the team member.

Full-time team members are eligible to receive all employment benefits offered by the Company. Part-time team members who work less than 24 hours pers week are not entitled to any company benefits. Temporary team members not employed by the Company are not entitled to any company benefits. To receive certain benefits, eligible team members may be required to meet participation requirements and pay required premiums and other contributions.

Team members should contact Human Resources for detailed benefits information.

# Medical, Dental and Vision Insurance

The Company currently offers medical, dental and vision insurance to eligible team members and their spouses, dependents and other qualifying family members in an equitable and cost-effective way and in compliance with applicable state and federal laws.

Team members have up to 30 days prior to their benefit effective date to select their medical, dental and vision plans. Once the selection is made it will remain fixed for the remainder of the plan year; however, team members will have an opportunity to make changes to their benefit selections during the Company's annual open enrollment period.

Team members who experience a qualifying life event such as marriage, divorce or the birth of a child will also be allowed to make a change in their benefit selection when that event occurs, in accordance with the terms of the Plan document.

Both the Company and the team member contribute to the cost of medical and dental insurance. Team members should contact Human Resources with any questions.

# Same-Sex Marriages, Civil Unions & Domestic Partnerships

The Company complies with all applicable federal and state laws regarding the provision of benefits to same-sex spouses, domestic partners and couples in a civil union. Team members should contact Human Resources if they have any questions regarding benefits eligibility for themselves or their spouses, domestic partners or partners in a civil union.

# Workers' Compensation

When work-related accidents, injuries or illnesses occur, team members may be eligible for workers' compensation insurance benefits. The Company provides a comprehensive workers' compensation insurance program at no cost to team members and in accordance with applicable state law. This program covers most injuries or illnesses, sustained in the course of employment, that require medical, surgical, or hospital treatment. Subject to applicable legal requirements, workers' compensation insurance provides benefits or, if the team member is hospitalized, treatment immediately.

## Reporting Work-Related Injury or Illness

Team members who sustain a work-related injury or illness should inform their supervisor immediately. No matter how minor an on-the-job injury may appear, it is important that it be reported immediately. This will enable an eligible team member to qualify for coverage.

## Leaves of Absence/Accommodation

Team members who need to take time off from work due to a workers' compensation illness or injury may also be eligible for a leave of absence under the Company's leaves of absence or reasonable accommodation policies. Team members should consult with Human Resources or Environmental Health & Safety for additional information.

62

### Return to Work

Team members who are ready to return to work following a workers' compensation-related leave of absence must supply a certification from a health care provider confirming the team member's ability to return to work.

### Fraud

The Company will notify the workers' compensation insurance company if we have reason to believe a team member has supplied false or misleading information in connection with a claim and/or has filed a fraudulent claim. Workers' compensation fraud is a crime and may also be grounds for disciplinary action, up to and including termination of employment.

## Team Member Assistance Program

The Company provides an employee assistance program (EAP) at no cost to team members and their families. This counseling program is available 24 hours a day, seven days a week. It is a confidential, safe, and easy-to-use resource. EAP counselors will help team members clarify their concerns, assess their situation and identify options to help them resolve problems.

## Team Member Referral Program

The Company regularly seeks exceptional professionals to join our team. We believe that our team members are among the best sources of new talent, and we encourage team members to refer qualified applicants for open positions. When these referrals are successful, the Company will reward the team member who made the recommendation for the new hire.

### Practice

Vacant positions for which the Company is conducting a search will be communicated to all team members. Each job posting will include a position description and a list of key qualifications.

Team members are encouraged to review new job postings to determine whether they know of any suitable candidates. Team members who wish to refer a qualified applicant for a posted position are asked to complete a referral form and forward it to Human Resources. Referred resumes should clearly indicate the name of the referring team member.

### Referral Bonus Payments

Bonuses paid for the referral of successful job candidates are subject to the following:

- The bonus amount and timing of payment for each vacant position will be set by the respective business unit.

63

- A referring team member who resigns or is terminated from the Company prior to the bonus payment date is not eligible to receive a referral bonus.

- Team member referral bonuses are paid through payroll and are taxable.

## Educational Assistance Programs

The Company encourages the continuing education and training of its team members by providing financial assistance for educational courses related to their jobs or careers. The Company will reimburse up to a maximum of $10,000 within any one calendar year for undergraduate education courses through an accredited college, university or technical college that are directly related to a team member's current position or that might lead to promotional opportunities for the team member, or for courses that are part of an approved degree or certificate program. Graduate level programs may be approved on an exception basis with approval by the Business Unit President.

In order to be eligible for reimbursement for undergraduate programs, team members must receive a grade of "C" or its equivalent or must receive a certificate of satisfactory completion. If approved for a graduate program, team members must receive a grade of "B" or its equivalent or must receive a certificate of satisfactory completion.

The only reimbursable expense is tuition. Registration fees required textbooks or manuals, student and health fees, laboratory fees, quarterly or semester administrative fees and parking fees are not covered by this program.

A team member must be classified either as a full-time or part-time team member and must not be on disciplinary probation status in order to qualify for educational assistance.

A resignation or involuntary termination for cause automatically terminates the team member's eligibility for benefits under this plan.

A team member wishing to take advantage of this program must obtain an Application for Education Reimbursement Form prior to enrollment, complete it, and obtain approval from Human Resources. The completed application must be submitted to Human Resources at least two weeks prior to the day the course(s) begins. This will ensure sufficient time to notify the team member of eligibility for reimbursement.

To receive reimbursement payment for an approved course, team members will be required to provide a copy of their final grade or certificate accompanied by payment receipts. All applications for reimbursement must be submitted within 30 days of class completion in order to qualify for reimbursement.

If a team member resigns, they are required to reimburse the company for any expenses paid or pending under this program that were incurred in the twelve months prior to the team members' last day of work.

64

# LEAVING THE COMPANY

## Separation from Employment

Team members of the Company are employed on an at-will basis. This means that employment may be terminated by either party at any time, with or without cause or notice. Nothing in this policy is intended to limit or alter the at-will nature of your employment.

Team members may leave the Company for a variety of reasons. Regardless of the reason, we strive to ensure that all separations from employment are handled fairly, efficiently and in compliance with applicable federal and state laws.

Reasons for termination include, but are not limited to, the following:

### *Voluntary Termination*

A voluntary termination means a team member has made the decision to end the working relationship with the Company. Voluntary resignations include, but are not limited to, written or verbal resignation, retirement and job abandonment. A team member is considered to have abandoned the job if they fail to return within three days and have not notified the company of their intention to resign.

Team members who voluntarily leave the Company are encouraged to provide their supervisor with written notice in order to allow a reasonable amount of time to transfer ongoing work. Upon resignation, a team member must return all keys, uniforms, credit cards or other company-issued property.

Team members in good standing who retire or resign from their positions may be eligible for re-hire.

### *Involuntary Termination*

An involuntary termination occurs when the Company decides to end the working relationship with a team member. Involuntary terminations may occur for cause or for reasons other than cause.

Involuntary terminations for cause include, but are not limited to, terminations for violating Company policy, misuse or theft of resources, the falsification of information or unsatisfactory work performance.

Involuntary terminations for reasons other than cause include, but are not limited to, a reduction in workforce.

65

*Pay and Benefits Upon Termination*

Final wages will be paid in accordance with applicable law. In accordance with Company policy, sick leave and floating holidays will not be paid upon termination unless otherwise required by law.

## Return of Company Property

Team members are required to return all company property (e.g., computers, vehicles, passwords, uniforms, ID badges, credit cards) that is in their possession or control in the event of termination of employment, resignation, retirement or layoff or immediately upon request. No information belonging to the Company can be copied or saved electronically, outside the company systems (e.g., email, cloud server), for the team member's use. We may also take all actions deemed appropriate to recover or protect company property.

## Official References/Verifications of Employment

So that the Company can handle requests for job references in a consistent and lawful manner, all requests for official job references on behalf of the Company should be forwarded to Human Resources. No other manager or supervisor is authorized to release official references on the Company's behalf for current or former team members. Our policy concerning references for former team members is to disclose only the dates of employment and the title of the last position held. If a team member authorizes disclosure in writing, we will also provide a prospective employer with information on the amount of the salary or wage last earned. No additional information will be provided in response to an official request for a reference on behalf of the Company.

## Exit Interviews

Before leaving the Company, team members may be asked to participate in a voluntary exit interview. This will provide closure to the team member's employment with the Company and will allow the Company to ensure that it has resolved various administrative matters, answered any questions about continuation of benefits and listened to any of the team member's comments or ideas about improving the Company's operations.

# ACKNOWLEDGEMENT AND RECEIPT

I acknowledge that I have received and read a copy of the Company Team Member Handbook and the applicable State Supplement for the state in which I work. I understand that the Handbook and Supplement set forth the terms and conditions of my employment with the Company as well as the duties, responsibilities and obligations of employment with the Company.   I understand that the Company has provided me various alternative channels including anonymous and confidential channels, to raise concerns of violations of this handbook and company policies and encourages me to do so promptly so that the Company may effectively address such situations, and I understand that nothing herein interferes with any right to report concerns, make lawful disclosures, or communicate with any governmental authority regarding potential violations of laws or regulations. I agree to abide by and be bound by the rules, policies and standards set forth in the team member Handbook and applicable State Supplement.

I acknowledge that, except where required otherwise by applicable state law, my employment with the Company is at-will, meaning that it is not for a specified period of time and that the employment relationship may be terminated at any time for any reason, with or without cause or notice, by me or the Company. I further acknowledge that only the President or that person's authorized representative has the authority to enter into an agreement that alters fact that my employment with the Company is at-will. Any such agreement must be in writing and signed by the President or an authorized representative.

I further acknowledge that the Company reserves the right to revise, delete and add to the provisions of the team member handbook and state supplement, but that all such revisions, deletions or additions must be in writing. No oral statements or representations can change the provisions of the handbook or supplement. Furthermore, the Company's policy of at-will employment can only be changed as stated in the prior paragraph.

I understand and acknowledge that nothing in this team member Handbook or in any other document or policy is intended to prohibit  me from reporting concerns to, filing a charge or complaint with, making lawful disclosures to, providing documents or other information to or participating in an investigation or hearing conducted by the Equal Employment Opportunity Commission ("EEOC"), National Labor Relations Board ("NLRB"), Securities and Exchange Commission ("SEC") or any other federal, state or local agency charged with the enforcement of any laws.

I also understand and acknowledge that nothing about the policies and procedures set forth in this Handbook should be construed to interfere with any team member rights provided under state or federal law, including Section 7 of the National Labor Relations Act.

67

I have read and understand the above statements.

_____
Team Member Signature

_____
Print Name

_____
Date